# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:10-cr-00175-PG-70

Case title: USA v. Figueroa-Sanchez et al

Date Filed: 05/05/2010
Date Terminated: 09/28/2012

Assigned to: Judge Juan M.
Perez-Gimenez

### Defendant (70)

**Angel Huertas-Torres**
*TERMINATED: 09/28/2012*
*also known as*
Tego
*TERMINATED: 09/28/2012*

represented by **Eleonora C. Marranzini**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4922
Fax: 787-281-4899
Email: ellie_marranzini@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Federal Public Defender

**Eric A. Vos**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
(787) 281-4922
Fax: 787-281-4899
Email: eric_vos@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Federal Public Defender

**Jose R. Gaztambide-Aneses**
P.O. Box 270343
San Juan, PR 00927
787-793-1795
Fax: 787-764-0461
Email: gaztambidelaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file.
**MARÍA ANTONGIORGI-JORDÁN, ESQ.**
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: April 24, 2020

### Pending Counts

21:841(a), 846, AND 860
NARCOTICS- SELL, DISTRIBUTE,

### Disposition

IMPR: Twelve (12) months and one (1) day;
SRT : Three (3) years.

1

OR DISPENSE
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) AND 860 and TITLE 18 USC 2 NARCOTICS– SELL, DISTRIBUTE, OR DISPENSE, AIDING AND ABETTING IN THE POSSESSION/DISTRIBUTION OF HEROIN (2) | Dismissed |
| 21:841(a)(1) AND 860 and TITLE 18 USC 2 NARCOTICS– SELL, DISTRIBUTE, OR DISPENSE, AIDING AND ABETTING IN THE POSSESSION/DISTRIBUTION OF COCAINE BASE (3) | Dismissed |
| 21:841(a)(1) AND 860 and TITLE 18 USC 2 NARCOTICS– SELL, DISTRIBUTE, OR DISPENSE, AIDING AND ABETTING IN THE POSSESSION/DISTRIBUTION OF COCAINE (4) | Dismissed |
| 21:841(a)(1) AND 860 and TITLE 18 USC 2 NARCOTICS– SELL, DISTRIBUTE, OR DISPENSE, AIDING AND ABETTING IN THE POSSESSION/DISTRIBUTION OF MARIJUANA (5) | Dismissed |
| 18:924(o)CONSPIRACY TO POSSESS FIREARMS DURING AND IN RELATION TO NARCOTICS TRAFFICKING OFFENSES RIME/DRUGS/MACHINE GUN (6) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

2

None

**Interested Party**

**Pretrial Services**

**Interested Party**

**Probation Office**                    represented by   **Edwin Prado–Galarza**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lauren E.S. Rosen**
                                                         Federal Public Defender – District of
                                                         Puerto Rico
                                                         241 F.D. Roosevelt Avenue
                                                         Patio Gallery Building
                                                         San Juan, PR 00918–2441
                                                         787–281–4922
                                                         Fax: 787–281–4899
                                                         Email: lauren_rosen@fd.org
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**                                 represented by   **Alexander L. Alum**
                                                         United States Attorneys Office
                                                         350 Carlos Chardon Street
                                                         Suite 1201 Torre Chardon
                                                         San Juan, PR 00918
                                                         787–772–4062
                                                         Fax: 787–771–4050
                                                         Email: alexander.l.alum@usdoj.gov
                                                         *TERMINATED: 11/16/2016*
                                                         *LEAD ATTORNEY*
                                                         *Designation: Retained*

                                                         **Corinne Cordero–Romo**
                                                         U.S. Attorney's Office
                                                         District of Puerto Rico
                                                         Torreo Chardon, Suite 1201
                                                         350 Carlos Chardon Ave.
                                                         San Juan, PR 00918
                                                         787–766–5656
                                                         Fax: 787–766–5326
                                                         Email: corinne.cordero@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

*Designation: AUSA Designation*

**Edwin Prado–Galarza**
Prado, Nunez & Associates, PSC
403 Del Parque St.
8th Floor
San Juan, PR 00907
787–977–1411
Fax: 787–977–1410
Email: pradolaw10@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Enrique Silva–Aviles**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1896
Email: enrique.silva@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**G. Andrew Massucco–LaTaif**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1853
Fax: 787–766–5398
Email: george.a.massucco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeanette M. Collazo–Ortiz**
United States Attorney's Office
Criminal Section– Firearms Unit
350 Chardon St.
Torre Chardon Suite 1201
San Juan, PR 00918
787–772–3928
Fax: 787–766–5398
Email: jeanette.collazo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Edward Jacobson**
United States Attorneys Office
District of Puerto Rico

Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787-772-3975
Fax: 787-772-4012
Email: jonathan.jacobson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**Jose Capo-Iriarte**
United States Attorneys' Office
350 Torre Chardon
Suite 1201
Hato Rey, PR 00918
787-766-5656
Fax: 787-766-5326
Email: jose.capo2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc S. Chattah**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787-766-5656
Fax: 787-771-4043
Email: marc.s.chattah@usdoj.gov
*TERMINATED: 01/24/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Myriam Y. Fernandez-Gonzalez**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787-282-1905
Fax: 787-766-6222
Email: myriam.y.fernandez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**Teresa S. Zapata-Valladares**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201

350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–766–6219
Email: teresa.s.zapata@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron P. Howell**
United States Attorney's Office
District of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Avenue
San Juan, PR 00918
787–282–1889
Fax: 787–409–7558
Email: aaron.p.howell@usdoj.gov
*TERMINATED: 09/14/2015*
*Designation: AUSA Designation*

**Alberto R. Lopez–Rocafort**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–766–5398
Email: Alberto.Lopez@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Cesar S. Rivera–Giraud**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: cesar.rivera@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**David Thomas Henek**
Department of Justice
United States Attorney's Office
District of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787–772–3961
Fax: 787–772–4012

6

Email: david.t.henek@usdoj.gov
*TERMINATED: 01/18/2019*
*Designation: AUSA Designation*

**Dennise N. Longo Quinones**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787−766−5656
Fax: 787−772−4012
Email: dennise.n.longo@usdoj.gov
*TERMINATED: 09/24/2013*
*Designation: AUSA Designation*

**Maritza Gonzalez−Rivera**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787−282−1848
Fax: 787−766−5392
Email: maritza.gonzalez@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nadia Y. Pineda−Perez**
United States Attorney's Office
District of Puerto Rico
Torre Chardon
Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787−370−2523
Email: nadia.y.pineda@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/05/2010 | 1 | | MOTION to seal case by USA as to all defendants.(er) (Entered: 05/11/2010) |
| 05/05/2010 | 2 | | ORDER granting 1 Motion to seal case as to all defendants.Signed by US Magistrate Judge Camille L. Velez−Rive on 5/5/2010. (er) (Entered: 05/11/2010) |
| 05/05/2010 | 3 | 23 | INDICTMENT as to Harold Figueroa−Sanchez (1) count(s) 1, 2, 3, 4, 5, 6, Anibal Escobar−Sanchez (2) count(s) 1, 2, 3, 4, 5, 6, Jose Gonzalez−Garcia (3) count(s) 1, 2, 3, 4, 5, 6, Josue Aviles−Perez (4) count(s) 1, 2, 3, 4, 5, 6, Jose G. Moreno−Jimenez (5) count(s) 1, 2, 3, 4, 5, 6, Jean C. Pizarro−Morales (6) count(s) 1, 2, 3, 4, 5, 6, John Doe #1 (7) count(s) 1, 2, 3, 4, 5, 6, Jimmy Ortiz−Ortiz (8) count(s) 1, 2, 3, 4, 5, 6, Eugenio Garcia−Pellot |

| | | | |
|---|---|---|---|
| | | | (9) count(s) 1, 2, 3, 4, 5, 6, Emanuel Arce–Gonzalez (10) count(s) 1, 2, 3, 4, 5, 6, Carlos Pizarro–Morales (11) count(s) 1, 2, 3, 4, 5, 6, John Doe #2 (12) count(s) 1, 2, 3, 4, 5, 6, Victor Roman–Rivrea (13) count(s) 1, 2, 3, 4, 5, 6, Wilfredo Diaz–De Jesus (14) count(s) 1, 2, 3, 4, 5, 6, Diego Silva–Santos (15) count(s) 1, 2, 3, 4, 5, 6, Angel LNU (16) count(s) 1, 2, 3, 4, 5, 6, Miguel Serrano–Matta (17) count(s) 1, 2, 3, 4, 5, 6, Richard Morales–Cruz (18) count(s) 1, 2, 3, 4, 5, 6, Raul Olivera–Landrau (19) count(s) 1, 2, 3, 4, 5, 6, Pablo Beltran–Rodriguez (20) count(s) 1, 2, 3, 4, 5, 6, Eliezer Figueroa–Fargas (21) count(s) 1, 2, 3, 4, 5, 6, Saul Hernandez–Coss (22) count(s) 1, 2, 3, 4, 5, 6, Juan Serrano–Chapman (23) count(s) 1, 2, 3, 4, 5, 6, Carlos Perez–Cirino (24) count(s) 1, 2, 3, 4, 5, 6, Julio Cruz–Garcia (25) count(s) 1, 2, 3, 4, 5, 6, Luis D. Munoz–Flores (26) count(s) 1, 2, 3, 4, 5, 6, Omar D. Navarro–Hernandez (27) count(s) 1, 2, 3, 4, 5, 6, Rafael Pizarro–Garcia (28) count(s) 1, 2, 3, 4, 5, 6, Carlos Figueroa–Pizarro (29) count(s) 1, 2, 3, 4, 5, 6, Anthony Munoz–Flores (30) count(s) 1, 2, 3, 4, 5, 6, Roberto Santana–Rivera (31) count(s) 1, 2, 3, 4, 5, 6, Jesus F. De Jesus–Rivera (32) count(s) 1, 2, 3, 4, 5, 6, Luis D. Santiago–Pizarro (33) count(s) 1, 2, 3, 4, 5, 6, Rafael J. Flores–Quinones (34) count(s) 1, 2, 3, 4, 5, 6, Miguel Hernandez–Mercedes (35) count(s) 1, 2, 3, 4, 5, 6, Ruben Rodriguez–Adorno (36) count(s) 1, 2, 3, 4, 5, 6, Edgardo Vega–Canales (37) count(s) 1, 2, 3, 4, 5, 6, Miguel Castro–Muriel (38) count(s) 1, 2, 3, 4, 5, 6, John Doe #3 (39) count(s) 1, 2, 3, 4, 5, 6, Janny Lopez–Calo (40) count(s) 1, 2, 3, 4, 5, 6, Vince Melendez–LNU (41) count(s) 1, 2, 3, 4, 5, 6, Victor Cabrera–Pastrana (42) count(s) 1, 2, 3, 4, 5, 6, Wilfred Ortiz–Melecio (43) count(s) 1, 2, 3, 4, 5, 6, Emilio Corretjer–Rodriguez (44) count(s) 1, 2, 3, 4, 5, 6, John Doe #4 (45) count(s) 1, 2, 3, 4, 5, 6, Erick Lopez–Calo (46) count(s) 1, 2, 3, 4, 5, 6, Jonathan Buster–Torres (47) count(s) 1, 2, 3, 4, 5, 6, Luis Diaz–Cruz (48) count(s) 1, 2, 3, 4, 5, 6, Emanuel Forti–Lopez (49) count(s) 1, 2, 3, 4, 5, 6, Xavier LNU (50) count(s) 1, 2, 3, 4, 5, 6, Francisco LNU (51) count(s) 1, 2, 3, 4, 5, 6, Richard Cesareo–Gonzalez (52) count(s) 1, 2, 3, 4, 5, 6, Jonathan Santiago (53) count(s) 1, 2, 3, 4, 5, 6, John Doe #5 (54) count(s) 1, 2, 3, 4, 5, 6, Ciskoula Garcia (55) count(s) 1, 2, 3, 4, 5, 6, Jesus M. Torres–Coss (56) count(s) 1, 2, 3, 4, 5, 6, John Doe #6 (57) count(s) 1, 2, 3, 4, 5, 6, Francis Garcia–LNU (58) count(s) 1, 2, 3, 4, 5, 6, Raul Hernandez–Coss (59) count(s) 1, 2, 3, 4, 5, 6, John Doe #7 (60) count(s) 1, 2, 3, 4, 5, 6, Jonathan Rodriguez–Santos (61) count(s) 1, 2, 3, 4, 5, 6, John Doe #8 (62) count(s) 1, 2, 3, 4, 5, 6, Freddie Villegas–Cirino (63) count(s) 1, 2, 3, 4, 5, 6, Dennys Navarro–Morales (64) count(s) 1, 2, 3, 4, 5, 6, John Doe #9 (65) count(s) 1, 2, 3, 4, 5, 6, Victor Lopez–Ortiz (66) count(s) 1, 2, 3, 4, 5, 6, Ramon Soto–Alamo (67) count(s) 1, 2, 3, 4, 5, 6, Mariano Bermudez–Maysonet (68) count(s) 1, 2, 3, 4, 5, 6, Hommy Perez–Cirino (69) count(s) 1, 2, 3, 4, 5, 6, Angel Huertas–Torres (70) count(s) 1, 2, 3, 4, 5, 6. (er) (Entered: 05/11/2010) |
| 05/05/2010 | 4 | | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive: Return of Indictment by Grand Jury as to all defendants held on 5/5/2010. Warrant of arrest to be issued as to defendants. Arraignment to be set upon arrest. Case is assigned to Judge Perez–Gimenez. (Court Reporter FTR.) (er) (Entered: 05/11/2010) |
| 05/05/2010 | 5 | | *RESTRICTED* Arrest Warrant Issued by US Magistrate Judge Camille L. Velez–Rive in case as to Harold Figueroa–Sanchez, Anibal |

| | | |
|---|---|---|
| | | Escobar–Sanchez, Jose Gonzalez–Garcia, Josue Aviles–Perez, Jose G. Moreno–Jimenez, Jean C. Pizarro–Morales, John Doe #1, Jimmy Ortiz–Ortiz, Eugenio Garcia–Pellot, Emanuel Arce–Gonzalez, Carlos Pizarro–Morales, John Doe #2, Victor Roman–Rivrea, Wilfredo Diaz–De Jesus, Diego Silva–Santos, Angel LNU, Miguel Serrano–Matta, Richard Morales–Cruz, Raul Olivera–Landrau, Pablo Beltran–Rodriguez, Eliezer Figueroa–Fargas, Saul Hernandez–Coss, Juan Serrano–Chapman, Carlos Perez–Cirino, Julio Cruz–Garcia, Luis D. Munoz–Flores, Omar D. Navarro–Hernandez, Rafael Pizarro–Garcia, Carlos Figueroa–Pizarro, Anthony Munoz–Flores, Roberto Santana–Rivera, Jesus F. De Jesus–Rivera, Luis D. Santiago–Pizarro, Rafael J. Flores–Quinones, Miguel Hernandez–Mercedes, Ruben Rodriguez–Adorno, Edgardo Vega–Canales, Miguel Castro–Muriel, John Doe #3, Janny Lopez–Calo, Vince Melendez–LNU, Victor Cabrera–Pastrana, Wilfred Ortiz–Melecio, Emilio Corretjer–Rodriguez, John Doe #4, Erick Lopez–Calo, Jonathan Buster–Torres, Luis Diaz–Cruz, Emanuel Forti–Lopez, Xavier LNU, Francisco LNU, Richard Cesareo–Gonzalez, Jonathan Santiago, John Doe #5, Ciskoula Garcia, Jesus M. Torres–Coss, John Doe #6, Francis Garcia–LNU, Raul Hernandez–Coss, John Doe #7, Jonathan Rodriguez–Santos, John Doe #8, Freddie Villegas–Cirino, Dennys Navarro–Morales, John Doe #9, Victor Lopez–Ortiz, Ramon Soto–Alamo, Mariano Bermudez–Maysonet, Hommy Perez–Cirino, Angel Huertas–Torres. (er) (Entered: 05/11/2010) |
| 05/11/2010 | 6 | Minute for proceedings held before US Magistrate Judge Bruce J. McGiverin as to Harold Figueroa–Sanchez et al: The government requested that the case be unsealed. Request was granted. CASE IS UNSEALED. (jm) (Entered: 05/11/2010) |
| 05/11/2010 | | Arrest of Harold Figueroa–Sanchez (1), Anibal Escobar–Sanchez (2), Jose Gonzalez–Garcia (3), Jean C. Pizarro–Morales (6), Jimmy Ortiz–Ortiz (8), Eugenio Garcia–Pellot (9), Emanuel Arce–Gonzalez (10), Victor Roman–Rivera (13), Diego Silva–Santos (15), Pablo Beltran–Rodriguez (20), Saul Hernandez–Coss (22), Juan Serrano–Chapman (23), Omar D. Navarro–Hernandez (27), Rafael Pizarro–Garcia (28), Carlos Figueroa–Pizarro (29), Anthony Munoz–Flores (30), Roberto Santana–Rivera (31), Jesus F. De Jesus–Rivera T/N Jose Hiram Ramos de Jesus (32), Luis D. Santiago–Pizarro (33), Rafael J. Flores–Quinones (34), Miguel Hernandez–Mercedes (35), Edgardo Vega–Canales (37), Vince Melendez–LNU T/N Domingo Melendez–Castro (41), Victor Cabrera–Pastrana (42), Emilio Corretjer–Rodriguez (44), John Doe #4 T/N Jariel Pizarro–Salicrup (45), Jonathan Buster–Torres (47), Luis Diaz–Cruz (48), Jonathan Santiago (53), Jesus M. Torres–Coss (56), Raul Hernandez–Coss (59), Jonathan Rodriguez–Santos (61), Freddie Villegas–Cirino (63), Dennys Navarro–Morales (64), Ramon Soto–Alamo (67), Mariano Bermudez–Maysonet (68), Hommy Perez–Cirino (69), Angel Huertas–Torres (70) (jm) (Entered: 05/11/2010) |
| 05/11/2010 | 43 | *RESTRICTED* CJA 23 Financial Affidavit by Angel Huertas–Torres (mcv) (Entered: 05/12/2010) |
| 05/11/2010 | 48 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Initial Appearance as to Eugenio Garcia–Pellot (9), Vince |

| | | |
|---|---|---|
| | | Melendez–LNU (41), Emilio Corretjer–Rodriguez (44), John Doe #4 (45), Ramon Soto–Alamo (67), and Angel Huertas–Torres (70) held in. Defendant (41) informed that his true name is Domingo Melendez–Castro. Defendant (45) informed that his true name is Jariel Pizarro–Salicrup. Each defendant was interviewed by Pretrial Services, given copy of the indictment, and advised of the charges and as to his rights. CJA counsel to be appointed for each defendant. **Arraignment & Detention Hearing set for 5/17/2010 at 10:00 AM before US Magistrate Judge Bruce J. McGiverin.** At the government's request, defendants shall remain detained pending detention hearing. (AUSA Jose Capo. SAUSA Alberto Lopez. POs Agostini, Encarnacion, Bustelo. Court Reporter none. Court Interpreters Edna Brayfield & Marie Hernandez.) (jm) (Entered: 05/12/2010) |
| 05/11/2010 | 112 | ORDER scheduling detention hearing as to Angel Huertas–Torres (70). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Bruce J. McGiverin on 5/11/2010.(jm) (Entered: 05/13/2010) |
| 05/11/2010 | 140 | CJA 20 as to Angel Huertas–Torres: Appointment of Attorney Jose R. Gaztambide–Aneses for Angel Huertas–Torres. Signed by Clerk on 5/11/2010.(mn) (Entered: 05/14/2010) |
| 05/11/2010 | | NOTICE of Docket Text Modification by Deputy Clerk re: 83 CJA 20 – Appointment***FILED IN ERROR, INCORRECT ATTORNEY*** (er) (Entered: 05/19/2010) |
| 05/17/2010 | 238 | Minute for proceedings set before US Magistrate Judge Bruce J. McGiverin: Case set for Arraignment/Detention Hearing on 5/17/2010 at 10:00 AM as to Angel Huertas–Torres (70) was not held. Defendant was not brought to court by the USM. Hearing to be reset by separate order. (Atty Gaztambide was present in court until 11:00 AM awaiting hearing and rescheduling arrangements.) (jm) (Entered: 05/20/2010) |
| 05/19/2010 | 211 | ORDER as to Angel Huertas–Torres, Set/Reset Hearings as to Angel Huertas–Torres: **Arraignment and Detention Hearing is hereby re–set for 5/28/2010 at 9:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Signed by US Magistrate Judge Bruce J. McGiverin on 5/19/2010.(yo) (Entered: 05/19/2010) |
| 05/27/2010 | 326 | MOTION for Forfeiture of Property –Writ of Entry and Inspection by USA as to all defendant. (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order, # 3 Text of Proposed Order, # 4 Text of Proposed Order, # 5 Text of Proposed Order)(Gonzalez–Rivera, Maritza) Modified on 6/1/2010 as to participants(er). (Entered: 05/27/2010) |
| 05/27/2010 | 327 | MOTION for Cautionary Notice by USA as to all defendants. Suggestions in opposition/response due by 6/14/2010 (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order, # 3 Text of Proposed Order, # 4 Text of Proposed Order, # 5 Text of Proposed Order)(Gonzalez–Rivera, Maritza) Modified on 6/1/2010 to participants (er). (Entered: 05/27/2010) |

| 05/28/2010 | 332 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Arraignment & Detention Hearing as to Angel Huertas–Torres (70) held on 5/28/2010. Defendant waived reading of the indictment. Plea of not guilty is entered as to Counts 1–6. Case is referred to Senior Judge Perez–Gimenez for trial setting. The government requested detention. Defense counsel stated that they will file a motion to reopen the hearing at a later date. The court granted the government's motion. Defendant to remain detained pending trial. (SAUSA Russell Booker. Atty Jose Gaztambide. PO Patricia Encarnacion. Court Reporter FTR. Court Interpreter Edna Brayfield.)(Hearing set for 9:00, held at 9:24–9:28.) (jm) (Entered: 05/28/2010) |
| --- | --- | --- |
| 05/28/2010 | 342 | ORDER OF DETENTION PENDING TRIAL as to Angel Huertas–Torres (70). Signed by US Magistrate Judge Bruce J. McGiverin on 5/28/2010.(jm) (Entered: 06/02/2010) |
| 06/01/2010 | 334 | ORDER as to all defendants re 327 Motion for Cautionary Notice filed by USA, Signed by Judge Juan M Perez–Gimenez on 5/28/2010. (er) (Entered: 06/01/2010) |
| 06/01/2010 | 335 | ORDER as to all defendants re 327 MOTION for Cautionary Notice filed by USA Signed by Judge Juan M Perez–Gimenez on 5/28/2010.(er) (Entered: 06/01/2010) |
| 06/01/2010 | 336 | ORDER as to all defendants re 327 MOTION for Cautionary Notice filed by USA Signed by Judge Juan M Perez–Gimenez on 5/28/2010.(er) (Entered: 06/01/2010) |
| 06/01/2010 | 337 | ORDER as to all defendants re 327 MOTION for Cautionary Notice filed by USA. Signed by Judge Juan M Perez–Gimenez on 5/28/2010.(er) (Entered: 06/01/2010) |
| 06/01/2010 | 338 | ORDER as to all defendants re 327 MOTION for Cautionary Notice filed by USA. Signed by Judge Juan M Perez–Gimenez on 5/28/2010.(er) (Entered: 06/01/2010) |
| 06/02/2010 | 344 | WRIT OF ENTRY OF INSPECTION AND PROTECTIVE ORDER granting 326 Motion for Forfeiture of Property as to all defendants ( Signed by Judge Juan M Perez–Gimenez on 5/28/10. Original and a/c to AUSA M. Gonzalez. (np) (Entered: 06/02/2010) |
| 06/11/2010 | 379 | INFORMATIVE motion (in re: Discovery) by USA as to Harold Figueroa–Sanchez, et al. (Capo–Iriarte, Jose) Modified on 6/14/2010 as to case participants (er). (Entered: 06/11/2010) |
| 06/16/2010 | 386 | NOTICE OF ATTORNEY APPEARANCE (Capo–Iriarte, Jose) (Entered: 06/16/2010) |
| 06/17/2010 | 387 | ORDER as to all defendants: **First Status Conference set for 6/24/2010 at 02:00 PM before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 6/17/2010.(ja) (Entered: 06/17/2010) |
| 06/21/2010 | 400 | ORDER noted 379 Informative Motion as to Harold Figueroa–Sanchez (1), Anibal Escobar–Sanchez (2), Jose Gonzalez–Garcia (3), Josue Aviles–Perez (4), Jose G. Moreno–Jimenez (5), Jean C. Pizarro–Morales (6), John Doe #1 (7), Jimmy Ortiz–Ortiz (8), Eugenio Garcia–Pellot (9), Emanuel |

| | | |
|---|---|---|
| | | Arce–Gonzalez (10), Carlos Pizarro–Morales (11), John Doe #2 (12), Victor Roman–Rivera (13), Wilfredo Diaz–De Jesus (14), Diego Silva–Santos (15), Angel LNU (16), Miguel Serrano–Matta (17), Richard Morales–Cruz (18), Raul Olivera–Landrau (19), Pablo Beltran–Rodriguez (20), Eliezer Figueroa–Fargas (21), Saul Hernandez–Coss (22), Juan Serrano–Chapman (23), Carlos Perez–Cirino (24), Julio Cruz–Garcia (25), Luis Y. Munoz–Flores (26), Omar D. Navarro–Hernandez (27), Rafael Pizarro–Garcia (28), Carlos Figueroa–Pizarro (29), Anthony Munoz–Flores (30), Roberto Santana–Rivera (31), Jose Hiram Ramos–de–Jesus (32), Luis D. Santiago–Pizarro (33), Rafael J. Flores–Quiñones (34), Miguel Hernandez–Mercedes (35), Ruben Rodriguez–Adorno (36), Edgardo Vega–Canales (37), Miguel Castro–Muriel (38), John Doe #3 (39), Janny Lopez–Calo (40), Domingo Melendez–Castro (41), Victor Cabrera–Pastrana (42), Wilfred Ortiz–Melecio (43), Emilio Corretjer–Rodriguez (44), Jariel Pizarro–Salicrup (45), Erick Lopez–Calo (46), Jonathan Buster–Torres (47), Luis Diaz–Cruz (48), Emanuel Forti–Lopez (49), Xavier LNU (50), Francisco LNU (51), Richard Cesareo–Gonzalez (52), Jonathan Santiago (53), John Doe #5 (54), Francisco Garcia–Reguillo (55), Jesus M. Torres–Coss (56), John Doe #6 (57), Francis Garcia–Reguillo (58), Raul Hernandez–Coss (59), John Doe #7 (60), Jonathan Rodriguez–Santos (61), John Doe #8 (62), Freddie Villegas–Cirino (63), Dennys Navarro–Morales (64), Ricardo Castro–Romero (65), Victor Lopez–Ortiz (66), Ramon Soto–Alamo (67), Mariano Bermudez–Maysonet (68), Hommy Perez–Cirino (69), Angel Huertas–Torres (70)Signed by Judge Juan M Perez–Gimenez on 06/18/2010. (mt) (Entered: 06/21/2010) |
| 06/24/2010 | 415 | Minute Entry for proceedings held before Judge Juan M Perez–Gimenez:Status Conference as to all defendants held on 6/24/2010. **Second Status Conference set for 8/26/2010 at 01:30 PM before Judge Juan M Perez–Gimenez.** (Court Reporter Joyce Del Valle.)Hearing set for 02:00.Hearing held at 02:10.Hearing ended at 02:30. (Attachments: # 1 Attendance List) (ja) (Entered: 07/01/2010) |
| 07/14/2010 | 436 | INFORMATIVE motion *(Evidence Inspection to be held July 29, 30)* by USA as to Harold Figueroa–Sanchez, Anibal Escobar–Sanchez, Jose Gonzalez–Garcia, Josue Aviles–Perez, Jose G. Moreno–Jimenez, Jean C. Pizarro–Morales, John Doe #1, Jimmy Ortiz–Ortiz, Eugenio Garcia–Pellot, Emanuel Arce–Gonzalez, Carlos Pizarro–Morales, Angel L. Castro–Llanos, Victor Roman–Rivera, Wilfredo Diaz–De Jesus, Diego Silva–Santos, Angel LNU, Miguel Serrano–Matta, Richard Morales–Cruz, Raul Olivera–Landrau, Pablo Beltran–Rodriguez, Eliezer Figueroa–Fargas, Saul Hernandez–Coss, Juan Serrano–Chapman, Carlos Perez–Cirino, Julio Cruz–Garcia, Luis Y. Munoz–Flores, Omar D. Navarro–Hernandez, Rafael Pizarro–Garcia, Carlos Figueroa–Pizarro, Anthony Munoz–Flores, Roberto Santana–Rivera, Jose Hiram Ramos–de–Jesus, Luis D. Santiago–Pizarro, Rafael J. Flores–Quinones, Miguel Hernandez–Mercedes, Ruben Rodriguez–Adorno, Edgardo Vega–Canales, Miguel Castro–Muriel, John Doe #3, Janny Lopez–Calo, Domingo Melendez–Castro, Victor Cabrera–Pastrana, Wilfred Ortiz–Melecio, Emilio Corretjer–Rodriguez, Jariel Pizarro–Salicrup, Erick Lopez–Calo, Jonathan Buster–Torres, Luis Diaz–Cruz, Emanuel Forti–Lopez, Xavier LNU, Francisco LNU, Richard Cesareo–Gonzalez, Jonathan Santiago, John Doe #5, Francisco |

| | | |
|---|---|---|
| | | Garcia–Reguillo, Jesus M. Torres–Coss, John Doe #6, Francis Garcia–Reguillo, Raul Hernandez–Coss, John Doe #7, Jonathan Rodriguez–Santos, John Doe #8, Freddie Villegas–Cirino, Dennys Navarro–Morales, Ricardo Castro–Romero, Victor Lopez–Ortiz, Ramon Soto–Alamo, Mariano Bermudez–Maysonet, Hommy Perez–Cirino, Angel Huertas–Torres. (Capo–Iriarte, Jose) (Entered: 07/14/2010) |
| 08/11/2010 | 469 | INFORMATIVE motion *regarding Inspection of Physical Evidence* by USA as to Harold Figueroa–Sanchez, Anibal Escobar–Sanchez, Jose Gonzalez–Garcia, Josue Aviles–Perez, Jose G. Moreno–Jimenez, Jean C. Pizarro–Morales, John Doe #1, Jimmy Ortiz–Ortiz, Eugenio Garcia–Pellot, Emanuel Arce–Gonzalez, Carlos Pizarro–Morales, Angel L. Castro–Llanos, Victor Roman–Rivera, Wilfredo Diaz–De Jesus, Diego Silva–Santos, Angel LNU, Miguel Serrano–Matta, Richard Morales–Cruz, Raul Olivera–Landrau, Pablo Beltran–Rodriguez, Eliezer Figueroa–Fargas, Saul Hernandez–Coss, Juan Serrano–Chapman, Carlos Perez–Cirino, Julio Cruz–Garcia, Luis Y. Munoz–Flores, Omar D. Navarro–Hernandez, Rafael Pizarro–Garcia, Carlos Figueroa–Pizarro, Anthony Munoz–Flores, Roberto Santana–Rivera, Jose Hiram Ramos–de–Jesus, Luis D. Santiago–Pizarro, Rafael J. Flores–Quinones, Miguel Hernandez–Mercedes, Ruben Rodriguez–Adorno, Edgardo Vega–Canales, Miguel Castro–Muriel, John Doe #3, Janny Lopez–Calo, Domingo Melendez–Castro, Victor Cabrera–Pastrana, Wilfred Ortiz–Melecio, Emilio Corretjer–Rodriguez, Jariel Pizarro–Salicrup, Erick Lopez–Calo, Jonathan Buster–Torres, Luis Diaz–Cruz, Emanuel Forti–Lopez, Xavier LNU, Francisco LNU, Richard Cesareo–Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia–Reguillo, Jesus M. Torres–Coss, John Doe #6, Francis Garcia–Reguillo, Raul Hernandez–Coss, John Doe #7, Jonathan Rodriguez–Santos, John Doe #8, Freddie Villegas–Cirino, Dennys Navarro–Morales, Ricardo Castro–Romero, Victor Lopez–Ortiz, Ramon Soto–Alamo, Mariano Bermudez–Maysonet, Hommy Perez–Cirino, Angel Huertas–Torres. (Attachments: # 1 Exhibit, # 2 Exhibit)(Lopez–Rocafort, Alberto) (Entered: 08/11/2010) |
| 08/26/2010 | 523 | Minute Entry for proceedings held before Judge Juan M Perez–Gimenez:Second Status Conference as to all defendants held on 8/26/2010. **Jury Trial as to Defts Nos. 1,3,6,9,13,15,18,20 & 22 set for October 4, 2010 at 9:00 AM; Jury Trial as to Defts Nos. 2,8,10,12,21,23,24,25 & 26 set for January 10, 2011 at 9:00 AM before Judge Juan M. Perez–Gimenez.** (Court Reporter Joyce Del Valle.)Hearing set for 01:30.Hearing held at 02:00.Hearing ended at 02:25. (Attachments: # 1 Attorney List) (ja) (Entered: 09/07/2010) |
| 09/10/2010 | 531 | First MOTION for change of plea by Angel Huertas–Torres. (Gaztambide–Aneses, Jose) (Entered: 09/10/2010) |
| 09/15/2010 | 536 | MOTION to Amend/Correct *Cautionary Notice Order as to Property No. 25,368 335 Order* by USA as to Harold Figueroa–Sanchez, Anibal Escobar–Sanchez, Jose Gonzalez–Garcia, Josue Aviles–Perez, Jose G. Moreno–Jimenez, Jean C. Pizarro–Morales, John Doe #1, Jimmy Ortiz–Ortiz, Eugenio Garcia–Pellot, Emanuel Arce–Gonzalez, Carlos Pizarro–Morales, Angel L. Castro–Llanos, Victor Roman–Rivera, Wilfredo Diaz–De Jesus, Diego Silva–Santos, Angel LNU, Miguel Serrano–Matta, |

13

| | | |
|---|---|---|
| | | Richard Morales–Cruz, Raul Olivera–Landrau, Pablo Beltran–Rodriguez, Eliezer Figueroa–Fargas, Saul Hernandez–Coss, Juan Serrano–Chapman, Carlos Perez–Cirino, Julio Cruz–Garcia, Luis Y. Munoz–Flores, Omar D. Navarro–Hernandez, Rafael Pizarro–Garcia, Carlos Figueroa–Pizarro, Anthony Munoz–Flores, Roberto Santana–Rivera, Jose Hiram Ramos–de–Jesus, Luis D. Santiago–Pizarro, Rafael J. Flores–Quinones, Miguel Hernandez–Mercedes, Ruben Rodriguez–Adorno, Edgardo Vega–Canales, Miguel Castro–Muriel, John Doe #3, Janny Lopez–Calo, Domingo Melendez–Castro, Victor Cabrera–Pastrana, Wilfred Ortiz–Melecio, Emilio Corretjer–Rodriguez, Jariel Pizarro–Salicrup, Erick Lopez–Calo, Jonathan Buster–Torres, Luis Diaz–Cruz, Emanuel Forti–Lopez, Xavier LNU, Francisco LNU, Richard Cesareo–Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia–Reguillo, Jesus M. Torres–Coss, John Doe #6, Francis Garcia–Reguillo, Raul Hernandez–Coss, John Doe #7, Jonathan Rodriguez–Santos, John Doe #8, Freddie Villegas–Cirino, Dennys Navarro–Morales, Ricardo Castro–Romero, Victor Lopez–Ortiz, Ramon Soto–Alamo, Mariano Bermudez–Maysonet, Hommy Perez–Cirino, Angel Huertas–Torres. Suggestions in opposition/response due by 10/1/2010 (Attachments: # 1 Text of Proposed Order Property No. 25,368)(Gonzalez–Rivera, Maritza) (Entered: 09/15/2010) |
| 09/17/2010 | 538 | ORDER as to Angel Huertas–Torres re 531 First MOTION for change of plea filed by Angel Huertas–Torres:  **Change of Plea Hearing set for 9/21/2010 at 01:30 PM before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 9/17/2010.(ja) (Entered: 09/17/2010) |
| 09/22/2010 | 548 | ORDER granting 536 Motion to Amend/Correct as to All Defendants, Signed by Judge Juan M Perez–Gimenez on 9/21/2010. (cm) (Entered: 09/22/2010) |
| 09/23/2010 | 560 | ***SELECTED PARTIES***Sealed Minute Entry for proceedings held before Judge Juan M Perez–Gimenez on 9/23/2010. (Court Reporter Joyce Del Valle.)(Court Interpreter Annie Flores.)Hearing set for 10:30.Hearing held at 11:10.Hearing ended at 11:50. (ja) (Entered: 09/23/2010) |
| 09/23/2010 | 563 | ***SELECTED PARTIES***Sealed Document. (ja) (Entered: 09/23/2010) |
| 09/23/2010 | 564 | ***SELECTED PARTIES***Sealed Document. (ja) (Entered: 09/23/2010) |
| 12/23/2010 | 681 | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by USA, Probation Office, Angel Huertas–Torres (U.S. Probation Officer, Victor Carlo) (Entered: 12/23/2010) |
| 01/14/2011 | 746 | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR. The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure by USA, Probation Office, Angel Huertas–Torres (U.S. Probation Office Staff, Sonia Rodriguez) (Entered: 01/14/2011) |
| 01/14/2011 | 747 | TRANSMITTAL MEMO OF THE PRESENTENCE INVESTIGATION REPORT as to Angel Huertas–Torres (U.S. Probation Office Staff, Sonia |

| | | |
|---|---|---|
| | | Rodriguez) (Entered: 01/14/2011) |
| 01/20/2011 | 754 | First MOTION to Continue *Sentence* by Angel Huertas–Torres. Suggestions in opposition/response due by 2/7/2011 (Gaztambide–Aneses, Jose) (Entered: 01/20/2011) |
| 01/20/2011 | 755 | ORDER as to Angel Huertas–Torres re 754 First MOTION to Continue *Sentence* filed by Angel Huertas–Torres : Sentencing hearing scheduled for January 21, 2011 is hereby contined sine die. Counsel to inform as to his availability in order to reschedule the hearing. Motions terminated as to Angel Huertas–Torres: 754 First MOTION to Continue *Sentence* filed by Angel Huertas–Torres.  Signed by Judge Juan M Perez–Gimenez on 1/20/2011.(ja) (Entered: 01/20/2011) |
| 11/03/2011 | 1669 | INFORMATIVE Motion regarding Absence from Jurisdiction by Angel Huertas–Torres. (Gaztambide–Aneses, Jose) (Entered: 11/03/2011) |
| 01/11/2012 | 1709 | ORDER noted 1669 Informative Motion as to Angel Huertas–Torres (70)Signed by Judge Juan M Perez–Gimenez on 1/11/2012. (ja) (Entered: 01/11/2012) |
| 04/18/2012 | 1768 | ORDER as to Richard Morales–Cruz, Hommy Perez–Cirino and Angel Huertas–Torres :  **Sentencing Hearing set for 4/27/2012 at 10:30 AM in Old San Juan Courtroom before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 4/18/2012.(ja) (Entered: 04/18/2012) |
| 04/24/2012 | 1772 | MOTION to Continue *SENTENCE FOR THIRTY DAYS* by Angel Huertas–Torres. Suggestions in opposition/response due by 5/10/2012 (Gaztambide–Aneses, Jose) (Entered: 04/24/2012) |
| 04/25/2012 | 1776 | ORDER as to Angel Huertas–Torres re 1772 MOTION to Continue *SENTENCE FOR THIRTY DAYS* filed by Angel Huertas–Torres : **Sentencing Hearing RESET for 5/24/2012 at 10:00 AM in Old San Juan Courtroom before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 4/25/2012.(ja) (Entered: 04/25/2012) |
| 05/21/2012 | 1791 | ORDER as to Hommy Perez–Cirino and Angel Huertas–Torres :  **Sentencing Hearing reset for 7/13/2012 at 09:30 AM in Old San Juan Courtroom before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 5/21/2012.(ja) (Entered: 05/21/2012) |
| 07/12/2012 | 1812 | ORDER as to Hommy Perez–Cirino, Angel Huertas–Torres: Upon oral request by the parties, Sentencing Hearing scheduled for July 13, 2012 is hereby continued sine die.  Signed by Judge Juan M Perez–Gimenez on 7/12/2012.(ja) (Entered: 07/12/2012) |
| 08/16/2012 | 1830 | ORDER as to Hommy Perez–Cirino, Angel Huertas–Torres :  **Sentencing Hearing set for 9/28/2012 at 11:30 AM in Old San Juan Courtroom before Judge Juan M Perez–Gimenez.** Signed by Judge Juan M Perez–Gimenez on 8/16/2012.(ja) (Entered: 08/16/2012) |
| 09/10/2012 | 1849 | ***SELECTED PARTIES*** MOTION Requesting Order by USA, Angel Huertas–Torres as to Angel Huertas–Torres. Suggestions in opposition/response due by 9/27/2012 (Lopez–Rocafort, Alberto) (Entered: 09/10/2012) |

| 09/28/2012 | 1866 | | ***SELECTED PARTIES***Minute Entry for proceedings held before Judge Juan M Perez−Gimenez:Sentencing held on 9/28/2012 for Angel Huertas−Torres (70), Count(s) 1, SEALED; Count(s) 2, 3, 4, 5, 6, Dismissed. (Court Reporter Kelly Surina.)Hearing set for 11:30.Hearing held at 12:02.Hearing ended at 12:15.Interpreter Marie Hernandez. (ja) (Entered: 09/28/2012) |
|---|---|---|---|
| 09/28/2012 | 1868 | 57 | ***SELECTED PARTIES***JUDGMENT as to Angel Huertas−Torres (70), Count(s) 1, SEALED; Count(s) 2, 3, 4, 5, 6, Dismissed Signed by Judge Juan M Perez−Gimenez on 9/28/2012.(ja) (Entered: 09/28/2012) |
| 03/13/2013 | 1946 | | ORDER noted 1944 Motion in Compliance as to Jose G. Moreno−Jimenez (5), Miguel Serrano−Matta (17), Raul Olivera−Landrau (19), Ruben Rodriguez−Adorno (36), Xavier LNU (50), Francisco LNU (51), John Doe #5 (54), John Doe #7 (60); granting 1945 Motion to Restrict as to Jose G. Moreno−Jimenez (5), Miguel Serrano−Matta (17), Raul Olivera−Landrau (19), Ruben Rodriguez−Adorno (36), Xavier LNU (50), Francisco LNU (51), John Doe #5 (54), John Doe #7 (60)Signed by Judge Juan M Perez−Gimenez on 3/13/2013. (ja) (Entered: 03/13/2013) |
| 09/18/2013 | 1979 | | MOTION to Withdraw as Attorney by USA as to Harold Figueroa−Sanchez, Anibal Escobar−Sanchez, Jose Gonzalez−Garcia, Josue Aviles−Perez, Jose G. Moreno−Jimenez, Jean C. Pizarro−Morales, Jason Dones−Gonzalez, Jimmy Ortiz−Ortiz, Eugenio Garcia−Pellot, Emanuel Arce−Gonzalez, Carlos Pizarro−Morales, Angel L. Castro−Llanos, Victor Roman−Rivera, Wilfredo Diaz−De Jesus, Diego Silva−Santos, Angel Betancourt−Perez, Miguel Serrano−Matta, Richard Morales−Cruz, Raul Olivera−Landrau, Pablo Beltran−Rodriguez, Eliezer Figueroa−Fargas, Saul Hernandez−Coss, Juan Serrano−Chapman, Carlos Perez−Cirino, Julio Cruz−Garcia, Luis Y. Munoz−Flores, Omar D. Navarro−Hernandez, Rafael Pizarro−Garcia, Carlos Figueroa−Pizarro, Anthony Munoz−Flores, Roberto Santana−Rivera, Jose Hiram Ramos−de−Jesus, Luis D. Santiago−Pizarro, Rafael J. Flores−Quinones, Miguel Hernandez−Mercedes, Ruben Rodriguez−Adorno, Edgardo Vega−Canales, Miguel Castro−Muriel, Julius Cintron−Rodriguez, Janny Lopez−Calo, Domingo Melendez−Castro, Victor Cabrera−Pastrana, Wilfred Ortiz−Melecio, Emilio Corretjer−Rodriguez, Jariel Pizarro−Salicrup, Erick Lopez−Calo, Jonathan Buster−Torres, Luis Diaz−Cruz, Emanuel Forti−Lopez, Xavier LNU, Francisco LNU, Richard Cesareo−Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia−Reguillo, Jesus M. Torres−Coss, Jayson Rodriguez−Santos, Francis Garcia−Reguillo, Raul Hernandez−Coss, John Doe #7, Jonathan Rodriguez−Santos, Adrian Alexander Diaz, Freddie Villegas−Cirino, Dennys Navarro−Morales, Ricardo Castro−Romero, Victor Lopez−Ortiz, Ramon Soto−Alamo, Mariano Bermudez−Maysonet, Hommy Perez−Cirino, Angel Huertas−Torres. Suggestions in opposition/response due by 10/4/2013 (Longo Quinones, Dennise) (Entered: 09/18/2013) |
| 09/10/2015 | 2214 | | MOTION to Withdraw as Attorney Aaron P. Howell by USA as to Hall defendants. Suggestions in opposition/response due by 9/28/2015 (Howell, Aaron) Modified on 9/11/2015 editing long entry (np). (Entered: 09/10/2015) |
| 10/27/2015 | 2247 | | ORDER as to Harold Figueroa−Sanchez, ET AL granting 2214 MOTION to Withdraw as Attorney by Aaron P. Howell filed by USA. Signed by Judge |

16

| | | |
|---|---|---|
| | | Juan M. Perez−Gimenez on 10/27/2015.(om) (Entered: 10/27/2015) |
| 12/15/2015 | 2284 | MOTION to Withdraw as Attorney by USA as to Harold Figueroa−Sanchez (1), Anibal Escobar−Sanchez (2), Jose Gonzalez−Garcia (3), Josue Aviles−Perez (4), Jose G. Moreno−Jimenez (5), Jean C. Pizarro−Morales (6), Jason Dones−Gonzalez (7), Jimmy Ortiz−Ortiz (8), Eugenio Garcia−Pellot (9), Emanuel Arce−Gonzalez (10), Carlos Pizarro−Morales (11), Angel L. Castro−Llanos (12), Victor Roman−Rivera (13), Wilfredo Diaz−De Jesus (14), Diego Silva−Santos (15), Angel Betancourt−Perez (16), Miguel Serrano−Matta (17), Richard Morales−Cruz (18), Raul Olivera−Landrau (19), Pablo Beltran−Rodriguez (20), Eliezer Figueroa−Fargas (21), Saul Hernandez−Coss (22), Juan Serrano−Chapman (23), Carlos Perez−Cirino (24), Julio Cruz−Garcia (25), Luis Y. Munoz−Flores (26), Omar D. Navarro−Hernandez (27), Rafael Pizarro−Garcia (28), Carlos Figueroa−Pizarro (29), Anthony Munoz−Flores (30), Roberto Santana−Rivera (31), Jose Hiram Ramos−de−Jesus (32), Luis D. Santiago−Pizarro (33), Rafael J. Flores−Quinones (34), Miguel Hernandez−Mercedes (35), Ruben Rodriguez−Adorno (36), Edgardo Vega−Canales (37), Miguel Castro−Muriel (38), Julius Cintron−Rodriguez (39), Janny Lopez−Calo (40), Domingo Melendez−Castro (41), Victor Cabrera−Pastrana (42), Wilfred Ortiz−Melecio (43), Emilio Corretjer−Rodriguez (44), Jariel Pizarro−Salicrup (45), Erick Lopez−Calo (46), Jonathan Buster−Torres (47), Luis Diaz−Cruz (48), Emanuel Forti−Lopez (49), Xavier LNU (50), Francisco LNU (51), Richard Cesareo−Gonzalez (52), Jonathan Santiago (53), John Doe #5 (54), Francisco Garcia−Reguillo (55), Jesus M. Torres−Coss (56), Jayson Rodriguez−Santos (57), Francis Garcia−Reguillo (58), Raul Hernandez−Coss (59), John Doe #7 (60), Jonathan Rodriguez−Santos (61), Adrian Alexander Diaz (62), Freddie Villegas−Cirino (63), Dennys Navarro−Morales (64), Ricardo Castro−Romero (65), Victor Lopez−Ortiz (66), Ramon Soto−Alamo (67), Mariano Bermudez−Maysonet (68), Hommy Perez−Cirino (69), Angel Huertas−Torres (70). Suggestions in opposition/response due by 1/4/2016 (Rivera−Giraud, Cesar) (Entered: 12/15/2015) |
| 12/21/2015 | 2289 | ORDER granting 2284 Motion to Withdraw as Attorney as to Harold Figueroa−Sanchez et al. Signed by Judge Juan M. Perez−Gimenez on 12/21/2015. (om) (Entered: 12/21/2015) |
| 07/26/2016 | 2372 | MOTION to Withdraw as Attorney by Teresa S. Zapata. by USA as to All Defendants. Suggestions in opposition/response due by 8/12/2016 (Zapata−Valladares, Teresa) Modified on 7/27/2016 to substitute individual names for all defendants. (mr). (Entered: 07/26/2016) |
| 08/03/2016 | 2376 | ORDER as to Harold Figueroa−Sanchez, et al granting 2372 United States motion to withdraw as the Assistant U.S. Attorney in this case. Signed by Judge Juan M. Perez−Gimenez on 8/3/2016.(om) (Entered: 08/03/2016) |
| 10/21/2016 | 2414 | MOTION to Withdraw as Attorney by Alexander Alum. by USA as to All Defendants. Suggestions in opposition/response due by 11/7/2016 (Alum, Alexander) Modified on 10/24/2016 to substitute individual names for 'all defendants' (mr). (Entered: 10/21/2016) |
| 11/16/2016 | 2418 | ORDER as to Harold Figueroa−Sanchez, et al. granting 2414 MOTION to Withdraw as Attorney filed by AUSA by Alexander Alum. Signed by Judge |

| | | Juan M. Perez−Gimenez on 11/16/2016.(om) (Entered: 11/16/2016) |
|---|---|---|
| 01/19/2017 | 2445 | MOTION to Withdraw as Attorney by USA as to Harold Figueroa−Sanchez, Anibal Escobar−Sanchez, Jose Gonzalez−Garcia, Josue Aviles−Perez, Jose G. Moreno−Jimenez, Jean C. Pizarro−Morales, Jason Dones−Gonzalez, Jimmy Ortiz−Ortiz, Eugenio Garcia−Pellot, Emanuel Arce−Gonzalez, Carlos Pizarro−Morales, Angel L. Castro−Llanos, Victor Roman−Rivera, Wilfredo Diaz−De Jesus, Diego Silva−Santos, Angel Betancourt−Perez, Miguel Serrano−Matta, Richard Morales−Cruz, Raul Olivera−Landrau, Pablo Beltran−Rodriguez, Eliezer Figueroa−Fargas, Saul Hernandez−Coss, Juan Serrano−Chapman, Carlos Perez−Cirino, Julio Cruz−Garcia, Luis Y. Munoz−Flores, Omar D. Navarro−Hernandez, Rafael Pizarro−Garcia, Carlos Figueroa−Pizarro, Anthony Munoz−Flores, Roberto Santana−Rivera, Jose Hiram Ramos−de−Jesus, Luis D. Santiago−Pizarro, Rafael J. Flores−Quinones, Miguel Hernandez−Mercedes, Ruben Rodriguez−Adorno, Edgardo Vega−Canales, Miguel Castro−Muriel, Julius Cintron−Rodriguez, Janny Lopez−Calo, Domingo Melendez−Castro, Victor Cabrera−Pastrana, Wilfred Ortiz−Melecio, Emilio Corretjer−Rodriguez, Jariel Pizarro−Salicrup, Erick Lopez−Calo, Jonathan Buster−Torres, Luis Diaz−Cruz, Emanuel Forti−Lopez, Xavier LNU, Francisco LNU, Richard Cesareo−Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia−Reguillo, Jesus M. Torres−Coss, Jayson Rodriguez−Santos, Francis Garcia−Reguillo, Raul Hernandez−Coss, John Doe #7, Jonathan Rodriguez−Santos, Adrian Alexander Diaz, Freddie Villegas−Cirino, Dennys Navarro−Morales, Ricardo Castro−Romero, Victor Lopez−Ortiz, Ramon Soto−Alamo, Mariano Bermudez−Maysonet, Hommy Perez−Cirino, Angel Huertas−Torres. Responses due by 2/2/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Chattah, Marc) (Entered: 01/19/2017) |
| 01/24/2017 | 2448 | ORDER as to Harold Figueroa−Sanchez et al granting 2445 MOTION to Withdraw as Attorney filed by USA.  Signed by Judge Juan M. Perez−Gimenez on 1/24/2017.(om) (Entered: 01/24/2017) |
| 04/11/2018 | 2516 | Motion Notifying Violations of Supervision Release, Requesting The Issuance of An Arrest Warrant And Order to Show Cause Hearing by Probation Office as to Angel Huertas−Torres (70). Responses due by 4/25/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (U.S. Probation Officer, Angelica Rodriguez) (Entered: 04/11/2018) |
| 04/11/2018 | 2517 | ORDER as to Angel Huertas−Torres (70) re 2516 Motion Notifying Violations of Supervision Conditions, requesting an arrest and show cause hearing filed by US Probation Officer. Motion is granted. Warrant for arrest shall be issued forthwith. Once arrested, the defendant shall be brought to the U.S. Magistrate Judge on duty. The defendant shall remain detained, and any request for release will be decided by the Presiding Judge. Signed by Judge Juan M. Perez−Gimenez on 4/11/2018.(om) (Entered: 04/11/2018) |
| 04/11/2018 | 2518 | *RESTRICTED* Warrant Issued by Judge Daniel R. Dominguez in case as to Angel Huertas−Torres (70). (om) (Entered: 04/11/2018) |
| 04/11/2018 | 2519 | Writ of Habeas Corpus ad Prosequendum Issued as to Angel Huertas−Torres (70) for 5/18/2018 (om) (Entered: 04/11/2018) |

18

| 04/24/2018 | 2525 | ***SELECTED PARTIES***MEMORANDUM by U.S. Probation as to Angel Huertas–Torres (70). (gav) (Entered: 04/24/2018) |
|---|---|---|
| 04/24/2018 | 2526 | ORDER as to Angel Huertas–Torres (70) re 2525 Memorandum filed by Probation Office. Request for transfer of jurisdiction for this defendant to be prosecuted in the District of New Jersey is denied. Warrant for arrest and Writ already issued to bring this defendant to this jurisdiction for hearing on why his supervised release should not be revoked. Signed by Judge Daniel R. Dominguez on 4/24/2018.(om) (Entered: 04/24/2018) |
| 01/16/2019 | 2641 | MOTION to Withdraw as Attorney by David T. Henek. by USA as to Harold Figueroa–Sanchez, Anibal Escobar–Sanchez, Jose Gonzalez–Garcia, Josue Aviles–Perez, Jose G. Moreno–Jimenez, Jean C. Pizarro–Morales, Jason Dones–Gonzalez, Jimmy Ortiz–Ortiz, Eugenio Garcia–Pellot, Emanuel Arce–Gonzalez, Carlos Pizarro–Morales, Angel L. Castro–Llanos, Victor Roman–Rivera, Wilfredo Diaz–De Jesus, Diego Silva–Santos, Angel Betancourt–Perez, Miguel Serrano–Matta, Richard Morales–Cruz, Raul Olivera–Landrau, Pablo Beltran–Rodriguez, Eliezer Figueroa–Fargas, Saul Hernandez–Coss, Juan Serrano–Chapman, Carlos Perez–Cirino, Julio Cruz–Garcia, Luis Y. Munoz–Flores, Omar D. Navarro–Hernandez, Rafael Pizarro–Garcia, Carlos Figueroa–Pizarro, Anthony Munoz–Flores, Roberto Santana–Rivera, Jose Hiram Ramos–de–Jesus, Luis D. Santiago–Pizarro, Rafael J. Flores–Quinones, Miguel Hernandez–Mercedes, Ruben Rodriguez–Adorno, Edgardo Vega–Canales, Miguel Castro–Muriel, Julius Cintron–Rodriguez, Janny Lopez–Calo, Domingo Melendez–Castro, Victor Cabrera–Pastrana, Wilfred Ortiz–Melecio, Emilio Corretjer–Rodriguez, Jariel Pizarro–Salicrup, Erick Lopez–Calo, Jonathan Buster–Torres, Luis Diaz–Cruz, Emanuel Forti–Lopez, Xavier LNU, Francisco LNU, Richard Cesareo–Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia–Reguillo, Jesus M. Torres–Coss, Jayson Rodriguez–Santos, Francis Garcia–Reguillo, Raul Hernandez–Coss, John Doe #7, Jonathan Rodriguez–Santos, Adrian Alexander Diaz, Freddie Villegas–Cirino, Dennys Navarro–Morales, Ricardo Castro–Romero, Victor Lopez–Ortiz, Ramon Soto–Alamo, Mariano Bermudez–Maysonet, Hommy Perez–Cirino, Angel Huertas–Torres. Responses due by 1/30/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Henek, David) (Entered: 01/16/2019) |
| 01/18/2019 | 2642 | ORDER granting 2641 Motion to Withdraw as Attorney as to Harold Figueroa–Sanchez et al. Signed by Judge Juan M. Perez–Gimenez on 1/18/2019. (om) (Entered: 01/18/2019) |
| 04/26/2019 | | Arrest of Angel Huertas–Torres (70) in District of New Jersey. (gav) (Entered: 05/03/2019) |
| 05/02/2019 | 2653 | Rule 5(c)(3) Documents Received as to Angel Huertas–Torres (70) (Attachments: # 1 Transfer Letter, # 2 Order Appointing FPD, # 3 Waiver, # 4 Minutes, # 5 Docket Sheet)(gav) (Attachment 5 replaced on 5/3/2019) (gav). (Additional attachment(s) added on 5/3/2019: # 6 Affidavit) (gav). Modified on 5/3/2019. (gav). (Entered: 05/03/2019) |
| 05/28/2019 | 2664 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive:Initial Appearance re Revocation of Supervised Release as to Angel Huertas–Torres (70) held on 5/28/2019. Present was AFPD Carlos |

| | | |
|---|---|---|
| | | Vazquez. Defendant was provided with copy of the motion filed by Probation and advised as to the allegations therein contained and his rights. The FPD's Office is appointed to represent defendant in these proceedings. Defendant is ordered detained pending hearing. **Preliminary Revocation Hearing set for 6/7/2019 at 09:00 AM in Courtroom 11 before US Magistrate Judge Camille L. Velez−Rive.** (Court Reporter −DCR.)Hearing set for 11:15.Hearing held at 11:15.Hearing ended at 11:18.Interpreter −Sonia Crescioni. (yr) (Entered: 06/05/2019) |
| 05/28/2019 | 2665 | ORDER scheduling detention hearing as to Angel Huertas−Torres (70). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Camille L. Velez−Rive on 5/28/2019.(yr) (Entered: 06/05/2019) |
| 05/28/2019 | 2666 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Angel Huertas−Torres (70) Eric A. Vos for Angel Huertas−Torres appointed. Signed by US Magistrate Judge Camille L. Velez−Rive on 5/28/2019.(yr) (Entered: 06/05/2019) |
| 05/29/2019 | 2658 | NOTICE OF ATTORNEY APPEARANCE: Eleonora C. Marranzini appearing for Angel Huertas−Torres (Marranzini, Eleonora) (Entered: 05/29/2019) |
| 06/06/2019 | 2667 | NOTICE OF ATTORNEY APPEARANCE: Jonathan Edward Jacobson appearing for USA. *For the Revocation of Angel Huertas−Torres* (Jacobson, Jonathan) (Entered: 06/06/2019) |
| 06/07/2019 | 2678 | WAIVER of Preliminary Hearing as to Angel Huertas−Torres (70) (yr) (Entered: 06/14/2019) |
| 06/07/2019 | 2679 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez−Rive:Preliminary Revocation Hearing as to Angel Huertas−Torres (70) held on 6/7/2019. Present were AUSA Jonathan Jacobson and AFPD Eleonora Marranzini. Defendant was present and under custody. Waiver of preliminary hearing filed and approved. Probable cause found as to the allegations included in docket 2516 and the matter is referred to Judge Perez−Gimenez for the full hearing. Defendant will remain under custody. (Court Reporter −DCR.)Hearing set for 09:00.Hearing held at 09:57.Hearing ended at 10:00.Interpreter −Olga Uribe. (yr) (Entered: 06/14/2019) |
| 06/17/2019 | 2680 | ORDER as to Angel Huertas−Torres (70): **Hearing re Revocation of Supervised Release set for July 3, 2019 at 11:00 AM in Old San Juan Courthouse.** Signed by Judge Juan M. Perez−Gimenez on 6/17/2019.(om) (Entered: 06/17/2019) |
| 06/27/2019 | 2681 | ORDER as to Angel Huertas−Torres (70): **Hearing re Revocation of Supervised Release set for July 3, 2019 is reset for July 19, 2019 at 11:15 AM in Old San Juan Courthouse.** Signed by Judge Juan M. Perez−Gimenez on 6/27/2019.(om) (Entered: 06/27/2019) |
| 07/02/2019 | 2683 | *RESTRICTED* Arrest Warrant Returned Executed on 5/28/2019 in case as to Angel Huertas−Torres (70). (gav) (Entered: 07/08/2019) |
| 07/10/2019 | 2684 | First MOTION to Continue by USA as to Angel Huertas−Torres. Responses due by 7/24/2019. NOTE: Pursuant to FRCP 6(a) an additional three days |

| | | does not apply to service done electronically. (Jacobson, Jonathan) (Entered: 07/10/2019) |
|---|---|---|
| 07/11/2019 | 2685 | ORDER denying 2684 Motion to Continue as to Angel Huertas−Torres (70). Signed by Judge Juan M. Perez−Gimenez on 7/11//2019. (om) (Entered: 07/11/2019) |
| 07/11/2019 | 2686 | MOTION to Continue *Final Revocation Hearing* by Angel Huertas−Torres (70). Responses due by 7/25/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Marranzini, Eleonora) (Entered: 07/11/2019) |
| 07/11/2019 | 2687 | ORDER denying 2686 Motion to Continue as to Angel Huertas−Torres (70). Signed by Judge Juan M. Perez−Gimenez on 7/11/2019. (om) (Entered: 07/11/2019) |
| 07/16/2019 | 2692 | AMNDED ORDER as to Angel Huertas−Torres (70) re 2686 Motion to Continue (70): **Hearing re Revocation of Supervised Release reset for August 19, 2019 at 10:45 a.m. in Old San Juan Courthouse.** Signed by Judge Juan M. Perez−Gimenez on 7/16/2019.(om) (Entered: 07/16/2019) |
| 07/30/2019 | 2702 | ORDER as to Angel Huertas−Torres (70): **Hearing re Revocation of Supervised Release reset for August 20, 2019 at 11:00 AM in Old San Juan Courthouse.** Signed by Judge Juan M. Perez−Gimenez on 7/30/2019.(om) (Entered: 07/30/2019) |
| 08/19/2019 | 2712 | ORDER as to Angel Huertas−Torres (70) re 2702 : **Final Hearing re Revocation of Supervised Release is hereby reset for 8/22/2019 at 11:00 AM in Old San Juan Courtroom before Judge Juan M. Perez−Gimenez.** Signed by Judge Juan M. Perez−Gimenez on 8/19/19.(cmd) (Entered: 08/19/2019) |
| 08/21/2019 | 2714 | ***SELECTED PARTIES***SENTENCING MEMORANDUM by Angel Huertas−Torres (70). (Marranzini, Eleonora) Modified on 8/22/2019 edit text (gav). (Entered: 08/21/2019) |
| 08/21/2019 | 2715 | MOTION to Restrict Document by Angel Huertas−Torres (70). Responses due by 9/4/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Marranzini, Eleonora) (Entered: 08/21/2019) |
| 08/22/2019 | 2717 | Minute Entry for proceedings held before Judge Juan M. Perez−Gimenez: Final Revocation Hearing of Supervised Release as to Angel Huertas−Torres (70) held on 8/22/2019. Present were AUSA Angela Clifford, AFPD Eleonora Marranzini and USPO Angelica Rodriguez. The defendant was under custody, present in court and assisted by the Court Interpreter. The defendant waived the hearing, and accepted the allegations as filed by the U.S. Probation Office at docket no. 2516 . Statements in support of mitigation of punishment were heard on behalf of the defendant. Defendant's allocution heard. After having heard the parties, the Court imposed a sentence of imprisonment on twelve (12) months and one (1) day; and a supervised release term of three (3) years. The defendant was advised as to his right to appeal.  (Court Reporter Robin Dispenzieri) Hearing set for 11:00 AM. Hearing held at 11:38 AM. Hearing ended at 11:53 AM. Interpreter Ani Navarro. (cmd) Modified on 8/29/2019 as to type of hearing(gav). (Entered: |

| | | | 08/23/2019) |
|---|---|---|---|
| 08/22/2019 | 2718 | 62 | JUDGMENT ON REVOCATION as to Angel Huertas−Torres (70): IMPR: Twelve (12) months and one (1) day; SRT : Three (3) years.  Signed by Judge Juan M. Perez-Gimenez on 8/22/19.(cmd) (Entered: 08/23/2019) |
| 02/18/2020 | 2796 | | MOTION to Withdraw as Attorney by AUSA Jacobson. by USA as to Harold Figueroa−Sanchez, Anibal Escobar−Sanchez, Jose Gonzalez−Garcia, Josue Aviles−Perez, Jose G. Moreno−Jimenez, Jean C. Pizarro−Morales, Jason Dones−Gonzalez, Jimmy Ortiz−Ortiz, Eugenio Garcia−Pellot, Emanuel Arce−Gonzalez, Carlos Pizarro−Morales, Angel L. Castro−Llanos, Victor Roman−Rivera, Wilfredo Diaz−De Jesus, Diego Silva−Santos, Angel Betancourt−Perez, Miguel Serrano−Matta, Richard Morales−Cruz, Raul Olivera−Landrau, Pablo Beltran−Rodriguez, Eliezer Figueroa−Fargas, Saul Hernandez−Coss, Juan Serrano−Chapman, Carlos Perez−Cirino, Julio Cruz−Garcia, Luis Y. Munoz−Flores, Omar D. Navarro−Hernandez, Rafael Pizarro−Garcia, Carlos Figueroa−Pizarro, Anthony Munoz−Flores, Roberto Santana−Rivera, Jose Hiram Ramos−de−Jesus, Luis D. Santiago−Pizarro, Rafael J. Flores−Quinones, Miguel Hernandez−Mercedes, Ruben Rodriguez−Adorno, Edgardo Vega−Canales, Miguel Castro−Muriel, Julius Cintron−Rodriguez, Janny Lopez−Calo, Domingo Melendez−Castro, Victor Cabrera−Pastrana, Wilfred Ortiz−Melecio, Emilio Corretjer−Rodriguez, Jariel Pizarro−Salicrup, Erick Lopez−Calo, Jonathan Buster−Torres, Luis Diaz−Cruz, Emanuel Forti−Lopez, Xavier LNU, Francisco LNU, Richard Cesareo−Gonzalez, Jonathan Santiago, John Doe #5, Francisco Garcia−Reguillo, Jesus M. Torres−Coss, Jayson Rodriguez−Santos, Francis Garcia−Reguillo, Raul Hernandez−Coss, John Doe #7, Jonathan Rodriguez−Santos, Adrian Alexander Diaz, Freddie Villegas−Cirino, Dennys Navarro−Morales, Ricardo Castro−Romero, Victor Lopez−Ortiz, Ramon Soto−Alamo, Mariano Bermudez−Maysonet, Hommy Perez−Cirino, Angel Huertas−Torres. Responses due by 3/3/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Jacobson, Jonathan) (Entered: 02/18/2020) |
| 02/25/2020 | 2803 | | ORDER as to Harold Figueroa−Sanchez, et al granting 2796 Motion to Withdraw as Counsel of Record by AUSA Jonathan Jacobson.  Signed by Judge Juan M. Perez-Gimenez on 2/25/2020.(om) (Entered: 02/25/2020) |
| 04/22/2020 | 2837 | 67 | Supervised Release Transferred to District of New Jersey as to Angel Huertas−Torres (70) Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (gav) (Entered: 04/22/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,

    Plaintiff,

        v.

**INDICTMENT**

**[1] HAROLD FIGUEROA-SANCHEZ, a.k.a.
"Casco", "Gordo", "Cabeza",**
(Counts ONE through SIX)
**[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a.
"NBA", "Siete Pisos",**
(Counts ONE through SIX)
**[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",**
(Counts ONE through SIX)
**[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",**
(Counts ONE through SIX)
**[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy
Moreno",**
(Counts ONE through SIX)
**[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean
Ca", "Puffy",**
(Counts ONE through SIX)
**[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",**
(Counts ONE through SIX)



**[8] JIMMY ORTIZ-ORTIZ,**
(Counts ONE through SIX)
**[9] EUGENIO GARCIA-PELLOT, a.k.a.
"Crunchy", "Geño",**
(Counts ONE through SIX)
**[10] EMANUEL ARCE-GONZALEZ, a.k.a.
"Conan",**
(Counts ONE through SIX)
**[11] CARLOS PIZARRO-MORALES, a.k.a.
"Bondy",**
(Counts ONE through SIX)
**[12] JOHN DOE #2, a.k.a. "Chango",**
(Counts ONE through SIX)



**CRIMINAL NO. 10-175 (PG )**

**Violations:**

**(COUNT ONE)**
Title 21, United States Code, Sections 841(a)(1),
846, and 860

**(COUNT TWO)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT THREE)**
Title 21, United States Code, §§841(a)(1) and 860
and Title 18, United States Code, § 2

**(COUNT FOUR)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT FIVE)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code,§ 2

**(COUNT SIX)**
Title 18, United States Code, § 924(o)

**Narcotics Forfeiture Allegation**
Title 21, United States Code, § 853 and Rule
32.2(a) F.R.C.P.

**(SIX COUNTS)**



Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file.
**MARÍA ANTONGIORGI-JORDÁN, ESQ.**
U.S. District Court for the
District of Puerto Rico

By: _____
           Deputy Clerk
Date: _April 24, 2020_

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 2

[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
(Counts ONE through SIX)
[14] WILFREDO DIAZ-DE JESUS, a.k.a.
"Wika", "Yankee",
(Counts ONE through SIX)
[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito",
"Diamond",
(Counts ONE through SIX)
[16] ANGEL "LNU", a.k.a. "El Flaco"
(Counts ONE through SIX)

[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori",
"Estropiao",
(Counts ONE through SIX)
[18] RICHARD MORALES CRUZ, a.k.a. "Muni",
(Counts ONE through SIX)
[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
(Counts ONE through SIX)
[20] PABLO BELTRAN-RODRIGUEZ, a.k.a.
"Mejicano",
(Counts ONE through SIX)
[21] ELIEZER FIGUEROA-FARGAS, a.k.a.
"Eli", "Fifty Cent", "Pepa", "Negrura",
(Counts ONE through SIX)
[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu",
"Tachuela", "Huesos",
(Counts ONE through SIX)
[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony
Presidio", "Presi",
(Counts ONE through SIX)
[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie
Drex"
(Counts ONE through SIX)
[25] JULIO CRUZ-GARCIA, a.k.a. "Julito",
"Casper",
(Counts ONE through SIX)
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel",
"Tio",
(Counts ONE through SIX)
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a.
"El Flow", "Boqui",
(Counts ONE through SIX)
[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi",
"Rafi Bear",
(Counts ONE through SIX)
[29] CARLOS FIGUEROA-PIZARRO, a.k.a.

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 3

"Carlitos", "Papu",
(Counts ONE through SIX)
[30] ANTHONY MUÑOZ-FLORES, a.k.a.
"Paparazzi",
(Counts ONE through SIX)
[31] ROBERTO SANTANA-RIVERA, a.k.a.
"Impostor",
(Counts ONE through SIX)
[32] JESUS F. DE JESUS RIVERA, a.k.a.
"Chino",
(Counts ONE through SIX)
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a.
"Cherrybum", "Cherry Bomb",
(Counts ONE through SIX)
[34] RAFAEL J. FLORES QUIÑONES, a.k.a.
"Popeye",
(Counts ONE through SIX)
[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a.
"Guelo", "Oscar",
(Counts ONE through SIX)
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a.
"Eja", "Nene", ".38", "Full",
(Counts ONE through SIX)
[37] EDGARDO VEGA CANALES, a.k.a. "Blim
Blim",
(Counts ONE through SIX)
[38] MIGUEL CASTRO-MURIEL, a.k.a.
"Pancho",
(Counts ONE through SIX)
[39] JOHN DOE#3, a.k.a. "Pichie",
(Counts ONE through SIX)



[40]JANNY  LOPEZ-CALO, a.k.a. "Pelucho",
(Counts ONE through SIX)
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
(Counts ONE through SIX)
[42] VICTOR CABRERA-PASTRANA, a.k.a.
"Vitin Trampa",
(Counts ONE through SIX)
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla
Guira",
(Counts ONE through SIX)
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a.
"Millo",
(Counts ONE through SIX)
[45] JOHN DOE#4, a.k.a. "Chupi",
(Counts ONE through SIX)

Case 3:10-cr-00175-PG   Document 3841   Filed 04/24/20   Page 26 of 68
Case 3:20-cr-00324-ES   Document 2   Filed 04/24/20   Page 26 of 68   PageID: 27
Case 3:10-cr-00175-PG   Document 3   Filed 05/05/10   Page 4 of 34

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 4



**[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",**
(Counts ONE through SIX)
**[47] JONATHAN BUSTER-TORRES,**
(Counts ONE through SIX)
**[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",**
(Counts ONE through SIX)
**[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",**
(Counts ONE through SIX)
**[50] XAVIER "LNU", a.k.a. "Barbie",**
(Counts ONE through SIX)



**[51] FRANCISCO "LNU", a.k.a. "Bejuco",**
(Counts ONE through SIX)



**[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",**
(Counts ONE through SIX)
**[53] JONATHAN SANTIAGO, a.k.a. "Titi West",**
(Counts ONE through SIX)
**[54] JOHN DOE #5, a.k.a. "Saca Crippy",**
(Counts ONE through SIX)



**[55] CISKOULA GARCIA, a.k.a. "Zorrillo", "Zorri",**
(Counts ONE through SIX)
**[56] JESUS M.TORRES-COSS, a.k.a. "Popo",**
(Counts ONE through SIX)
**[57] JOHN DOE #6, a.k.a. "Murmu",**
(Counts ONE through SIX)

Case 3:10-cr-00175-PG Document 3 Filed 04/24/20 Page 27 of 68
Case 3:10-cr-00175-PG Document 3 Filed 04/24/20 Page 27 of 68 PageID: 28
Case 3:10-cr-00175-PG Document 3 Filed 05/05/10 Page 5 of 34

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 5



**[58] FRANCIS GARCIA "LNU",**
(Counts ONE through SIX)
**[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",**
(Counts ONE through SIX)
**[60] JOHN DOE #7, a.k.a. "Antiguo",**
(Counts ONE through SIX)



**[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a.
"Bizcocho",**
(Counts ONE through SIX)
**[62] JOHN DOE #8, a.k.a. "Presis's Brother",**
(Counts ONE through SIX)



**[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe
Flow", "El Flow",**
(Counts ONE through SIX)
**[64] DENNYS NAVARRO-MORALES, a.k.a.
"Gemelo",**
(Counts ONE through SIX)
**[65] JOHN DOE #9, a.k.a. "Changuito",**
(Counts ONE through SIX)



**[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz
Clarita", "Gandul",**
(Counts ONE through SIX)
**[67] RAMON SOTO-ALAMO, a.k.a. "Justi",**
(Counts ONE through SIX)
**[68] MARIANO BERMUDEZ-MAYSONET,
a.k.a. "Ralph",**
(Counts ONE through SIX)
**[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",**
(Counts ONE through SIX)

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page6

[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",
(Counts ONE through SIX)

    Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE

    Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within the jurisdiction of this Court,

[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",
[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",
[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",
[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",
[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",
[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",
[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",
[8] JIMMY ORTIZ-ORTIZ,
[9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",
[10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",
[11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",
[12] JOHN DOE #2, a.k.a. "Chango",
[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
[14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",
[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",
[16] ANGEL "LNU", a.k.a. "El Flaco"
[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",
[18] RICHARD MORALES-CRUZ, a.k.a. "Muni",
[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
[20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",
[21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",
[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",
[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",
[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"
[25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",
[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",
[29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
[30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
[31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
[32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",
[34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 7

[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
[37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
[38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
[39] JOHN DOE#3, a.k.a. "Pichie",
[40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
[45] JOHN DOE#4, a.k.a. "Chupi",
[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
[47] JONATHAN BUSTER-TORRES,
[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
[50] XAVIER "LNU", a.k.a. "Barbie",
[51] FRANCISCO "LNU", a.k.a. "Bejuco",
[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
[53] JONATHAN SANTIAGO, a.k.a. "Titi West",
[54] JOHN DOE #5, a.k.a. "Saca Crippy",
[55] CISKOULA GARCIA, a.k.a. "Zorillo", "Zorri",
[56] JESUS M.TORRES-COSS, a.k.a. "Popo",
[57] JOHN DOE #6, a.k.a. "Murmu",
[58] FRANCIS GARCIA "LNU",
[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
[60] JOHN DOE #7, a.k.a. "Antiguo",
[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
[62] JOHN DOE #8, a.k.a. "Presis's Brother",
[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
[64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
[65] JOHN DOE #9, a.k.a. "Changuito",
[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
[67] RAMON SOTO-ALAMO, a.k.a. "Justi",
[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other
and with diverse other persons known and unknown to the Grand Jury, to commit an offense against
the United States, that is, to knowingly and intentionally possess with intent to distribute and/or to
distribute controlled substances, to wit: in excess of fifty (50) grams of cocaine base (crack), a
Schedule II Narcotic Drug Controlled Substance; in excess of one (1) kilogram of heroin, a Schedule
I, Narcotic Drug Controlled Substance; in excess of five (5) kilograms of cocaine, a Schedule II,

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 8

Narcotic Drug Controlled Substance; in excess of one thousand (1000) kilograms of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing detectable amounts of Oxycodone (commonly known as Percocet), a Scehdule II Controlled Substance; and a mixture or substance containing detectable amounts of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet of the real property comprising a housing facility owned by a public housing authority. All in violation of Title 21, United States Code Sections 841(a)(1), 846 and 860.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the Torres de Sabana Public Housing Project, commonly known as "El Castillo", and other areas within the Municipalities of Carolina and Loiza, Puerto Rico, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine, marijuana, Alprazolam ("Xanax") and Oxycodone ("Percocet"), in order to distribute the same in street quantity amounts at their drug distribution points located in Torres de Sabana Public Housing Project and other areas of the Municipalities of Carolina and Loiza, Puerto Rico.

2.      It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would often use the main lobby area of Building A at the Torres the Sabana Public Housing Project as their drug distribution point.

3.      It was further part of the manner and means of the conspiracy that the leaders would maintain a group of co-defendants administrating the daily activities of the drug distribution points. The defendants and their co-conspirators would act in different roles in order to further the goals of the

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page9

conspiracy, to wit: leaders, who directed and supervised runners, enforcers, sellers, drug processors, look-outs, and "emisarios".

4.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut", divide, and package the heroin, cocaine, crack and marijuana in distinctive "baggies" and/or "vials" in order to keep track of their narcotics.

5.      It was a further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted into crack cocaine, "cooked", for subsequent sale and distribution at their drug distribution points.

6.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use apartments located within the Torres de Sabana Public Housing Project in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, Alprazolam ("Xanax"), Oxycodone ("Percocet"), drug paraphernalia, firearms and ammunition.

7.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often package and prepare the narcotics at an apartment located within the Torres de Sabana Public Housing Project, known as the "freezer" (after being equipped with a high capacity air conditioning unit), and/or the "drug laboratory".

8.      It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would gather at an apartment, also located within the Torres de Sabana Public Housing Project, known as "the other freezer", to discuss the drug trafficking activities and would further use the same as their leisure and entertainment center.   This apartment was equipped with air conditioning, large flat screen television system, electronic game consoles, sofa, lounge chairs, among other amenities.

9.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) in order to communicate and alert the presence of law enforcement agents or members of rival gangs.

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page10

10.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often act as "look-outs" at one of the four (4) strategically located "observation points" within the Torres de Sabana Public Housing Project, in order to alert other co-conspirators of the presence of law enforcement agents and/or rival drug traffickers.

11.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would possess, carry and brandished "high power" rifles while atop the Torres de Sabana Public Housing Project's rooftop.  The rooftops were used as they provided an advantage point to observe and protect their drug distribution point.

12.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would provide payments to an individual in exchange for sensitive law enforcement information, regarding the dates and times of prospective interventions by the Police of Puerto Rico at the Torres de Sabana Public Housing Project and/or law enforcement initiatives aimed at disrupting their drug trafficking activities.

13.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish and use firearms to protect themselves and their drug trafficking organization.

14.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence and intimidation in order to intimidate rival drug trafficking organizations, and in order to discipline members of their own drug trafficking organization.

15.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would often "abduct" and assault rival drug traffickers as well as members of their own drug trafficking organization, in order to intimidate and maintain control of the drug trafficking activities.  They would often use a white van in order to "transport" the abductees out of the Torres de Sabana Public Housing Project.

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page11

16.     It was further part of the manner and means of the conspiracy that the leaders of the drug trafficking organization had final approving authority as to disciplinary action to be imposed upon residents of the Torres de Sabana Public Housing Project and/or members of the conspiracy, as well as enemies of the drug trafficking organization.

### III. ROLES OF THE MEMBERS OF THE CONSPIRACY

#### A. Leaders

Leaders directly controlled and supervised the drug trafficking activities at the drug distribution points located at the Torres de Sabana Public Housing Project, and the Municipalities of Carolina and Loiza, Puerto Rico.  During the span of the conspiracy, leaders purchased multi-kilogram quantities of narcotics and oversaw the transportation and sale of such narcotics by their subordinates at the Torres de Sabana Public Housing Project drug distribution point and other areas within the Municipalities of Carolina and Loiza. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities.

The following co-conspirators acted as leaders:

[1] **HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza"** is the main leader of the drug trafficking organization.

In the year 2002, **JOSE LOPEZ ROSARIO, a.k.a. "Coquito"** had control of a drug distribution point located at the Torres de Sabana Public Housing Project.   Upon **"Coquito's"** death, on July 28, 2006, [1] **HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza"** became the main leader of the drug trafficking organization, wherefore he controlled, through co-defendants also acting as leaders, the drug distribution points located at Torres de Sabana Public Housing Project as well as other areas in the Municipalities of Carolina and Loiza, Puerto Rico.   As the main leader, he directly supervised the operations at Torres de Sabana Public Housing Project, received the proceeds from the distribution of narcotics sold during the span of his leadership in the conspiracy and was in charge of

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 12

maintaining control of all the drug distribution activities. He had the final approving authority as to the discipline to be imposed upon residents of the Public Housing Project, members of the conspiracy, as well as its enemies and rivals.   **[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza"** was also known as the "owner" of the ten dollar ($10.00) cocaine.

**[2] ANIBAL ESCOBAR-SANCHEZ a.k.a. "NBA", "Siete Pisos"** was also a leader in the drug trafficking organization. He was also known as the "owner" of the six dollar ($6.00) cocaine.

**[3] JOSE GONZALEZ-GARCIA a.k.a. "Fafi"**, was also a leader in the drug trafficking organization. He was also known as the "owner" of the marijuana.

**[4] JOSUE AVILES-PEREZ, a.k.a. "Gordo"**, was also a leader in the drug trafficking organization. He was also known as the owner of the crack cocaine.

**[5] JOSE G. MORENO-JIMENEZ a.k.a. "Willy Moreno"**, was also a leader in the drug trafficking organization. He was also known as the owner of the heroin.

**[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy"**, was also a leader in the drug trafficking organization. He was also known as the owner of the "Xanax" and "Percocet".

## B. Suppliers

The suppliers were the defendants and their co-conspirators that would perform or carry out several acts within the conspiracy including but not limited to, supplying narcotics to the drug distribution organization and/or drug distribution points located in the Municipalities of Carolina and Loiza, Puerto Rico.

The following defendants and their co-conspirators acted as suppliers for the drug trafficking organization:

**[7] JOHN DOE #1, a.k.a. "Jason" "Arrabal"** was a supplier for the drug trafficking organization. He was also known as the supplier of the narcotics to be distributed at the drug trafficking organization's drug distribution points located outside the Torres de Sabana Public Housing Project.

**[8] JIMMY ORTIZ-ORTIZ**, was a supplier for the drug trafficking organization. He was also known as the supplier of the narcotics to be distributed at the drug trafficking organization's drug

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 13

distribution points located outside the Torres de Sabana Public Housing Project.

## C. Enforcers

Enforcers did possess, carry, brandish, use and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points. The following individuals and others known and unknown to the Grand Jury, acted as enforcers for the drug trafficking organization:

[9] **EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",** acted as an enforcer for the drug trafficking organization. Additionally, he would often act as a runner within the conspiracy;

[10] **EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",** acted as an enforcer for the drug trafficking organization. Additionally, he would often act as a seller within the conspiracy;

[11] **CARLOS PIZARRO-MORALES, a.k.a. "Bondy",** acted as an enforcer for the drug trafficking organization. Additionally, he would often act as a seller within the conspiracy;

[12] **JOHN DOE #2, a.k.a. "Chango"** had multiple roles within the drug trafficking organization. He would often act as an enforcer, as a seller and as a look out for the drug trafficking organization.

### D. Runners

The runners worked under the direct supervision of the leaders of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug point. At various times, they would be responsible for recruiting street sellers and additional runners. The runners had a supervisory role within the conspiracy, as they would directly supervise on a daily basis, the activities of multiple sellers, and the daily activities of the drug point.

In addition to the enforcers who also acted as runners, the following individuals and others known and unknown to this Grand Jury, acted as runners for the drug trafficking organization:

[13] **VICTOR ROMAN-RIVERA, a.k.a. "Tito G"**, acted as a runner for the drug trafficking organization. Additionally, he would often act as drug processor within the conspiracy.

[14] **WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee"**,

[15] **DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond"**, acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller within the conspiracy;

[16] **ANGEL "LNU", a.k.a. "El Flaco"**.

### E. Sellers

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine, marijuana, Alprazolam (Xanax), and Oxicodone (Percocet). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution point. At times, sellers would use two-way radios ("walkie-talkies", "scanners") in order to communicate with other members of the conspiracy.

In addition to the above-mentioned enforcers and runners who also acted as sellers, the following individuals and others known and unknown to the Grand Jury, acted as sellers for the above described drug trafficking organization:

[17] **MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao"**,

[18] **RICHARD MORALES-CRUZ, a.k.a. "Muni"**,

[19] **RAUL OLIVERA-LANDRAU, a.k.a. "Pupe"**,

[20] **PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano"**,

[21] **ELIEZER FIGUEROA-FARGAS, a.k.a. "Eli", "Fifty Cent", "Pepa", "Negrura"**,

[22] **SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos"**, who also acted as a look-out within the conspiracy;

[23] **JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi"**, who also acted as a look-out within the conspiracy;

[24] **CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"**,

[25] **JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper"**,

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page15

[26] **LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",** who also acted as a look-out within the conspiracy,

[27] **OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",** who also acted as a look-out within the conspiracy,

[28] **RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",**

[29] **CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",** who also acted as a look-out within the conspiracy;

[30] **ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",** who also acted as a look-out within the conspiracy,

[31] **ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",** who also acted as a look-out within the conspiracy,

[32] **JESUS F. DE JESUS RIVERA, a.k.a. "Chino",** who also acted as a look-out and a facilitator within the conspiracy,

[33] **LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",** who also acted as a look-out within the conspiracy;

[34] **RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",** who also acted as a look-out within the conspiracy;

[35] **MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",**

[36] **RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38"** who also acted as a look-out within the conspiracy,

[37] **EDGARDO VEGA-CANALES, a.k.a. "Blim Blim",**

[38] **MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",**

[39] **JOHN DOE #3, a.k.a. "Pichie",**

[40] **JANNY LOPEZ-CALO, a.k.a. "Pelucho",** who also acted as a look-out within the conspiracy,

[41] **VINCE MELENDEZ-"LNU", a.k.a. "Mingo",**

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page16

[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa", who also acted as a look-out within the conspiracy,

[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira", who also acted as a look-out within the conspiracy,

[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",

[45] JOHN DOE # 4, a.k.a. "Chupi", who also acted as a look-out within the conspiracy,

[46] ERICK LOPEZ-CALO, a.k.a. "Capacete", who also acted as a look-out within the conspiracy,

[47] JONATHAN BUSTER-TORRES, who also acted as a look-out within the conspiracy;

[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",

[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel", who also acted as a look-out within the conspiracy,

[50] XAVIER "LNU", a.k.a. "Barbie", who also acted as a look-out within the conspiracy,

[51] FRANCISCO "LNU", a.k.a. "Bejuco",

[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu", who also acted as a look-out within the conspiracy,

[53] JONATHAN X. SANTIAGO, a.k.a. "Titi West", who also acted as a look-out within the conspiracy,

[54] JOHN DOE #5 a.k.a. "Saca Crippy", who also acted as a look-out within the conspiracy,

[55] CISKOULA GARCIA-"LNU", a.k.a. "Zorrillo", "Zorri", who also acted as a look-out within the conspiracy,

[56] JESUS M. TORRES-COSS, a.k.a. "Popo", who also acted as a look-out within the conspiracy,

[57] JOHN DOE #6, a.k.a. "Murmu", who also acted as a look-out within the conspiracy,

[58] FRANCIS GARCIA "LNU", who also acted as a look-out within the conspiracy;

[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby", who also acted as a look-out within the

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 17

conspiracy,

     **[60] JOHN DOE #7, a.k.a. "Antiguo"**, who also acted as a look-out within the conspiracy,

     **[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho"**, who also acted as a look-out within the conspiracy,

     **[62] JOHN DOE # 8, a.k.a. "Presis's Brother"**, who also acted as a look-out within the conspiracy,

     **[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow"**,

     **[64] DENNYS NAVARRO MORALES, a.k.a. "Gemelo"**,

     **[65] JOHN DOE # 9, a.k.a. "Changuito"**,

     **[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul"**, who also acted as a look-out within the conspiracy,

## F. Drug Processors

     Drug processors would meet under the direction of the leaders of the drug trafficking organization at the "freezer" and other apartments within the Torres de Sabana Public Housing Project in order to weigh, cut, mix, and prepare the controlled substances for street distribution. They would also package the heroin, crack, cocaine and marihuana in single dosage amounts and in distinctive "baggies", "decks" and/or "vials".

## G. Look-Outs

     "Look-outs" would conduct surveillance at strategic locations within the Torres de Sabana Public Housing Project in order to detect the presence of law enforcement personnel and members of rival gangs; they would communicate their observations to members and other look-outs and/or sellers with two-way radios ("walkie-talkies", scanners) and would receive payment from the sellers for their services as look-outs.

## H. Facilitators

     Some facilitators allowed the use of their apartments in the public housing project in order to process, store and package narcotics for distribution. Facilitators would additionally deliver monies, to and from, the

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 18

runners; they often served as messengers for members of the conspiracy; and would often serve as intermediaries during drug transactions.

The following co-defendants at some point during their participation in the conspiracy did act as facilitators for the above-described drug trafficking organization:

    **[67] RAMON SOTO-ALAMO, a.k.a. "Justi",**

    **[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",**

    **[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",**

    **[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",**

**COUNT TWO**

**Aiding and Abetting in the Possession/Distribution of Heroin**

Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within the jurisdiction of this Court,

    **[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",**
    **[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",**
    **[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",**
    **[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",**
    **[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",**
    **[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",**
    **[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",**
    **[8] JIMMY ORTIZ-ORTIZ,**
    **[9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",**
    **[10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",**
    **[11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",**
    **[12] JOHN DOE #2, a.k.a. "Chango",**
    **[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",**
    **[14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",**
    **[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",**
    **[16] ANGEL "LNU", a.k.a. "El Flaco"**
    **[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",**
    **[18] RICHARD MORALES-CRUZ, a.k.a. "Muni",**
    **[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",**
    **[20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",**
    **[21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",**
    **[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",**
    **[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",**

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page19

[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"
[25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",
[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",
[29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
[30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
[31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
[32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",
[34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",
[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
[37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
[38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
[39] JOHN DOE#3, a.k.a. "Pichie",
[40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
[45] JOHN DOE#4, a.k.a. "Chupi",
[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
[47] JONATHAN BUSTER-TORRES,
[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
[50] XAVIER "LNU", a.k.a. "Barbie",
[51] FRANCISCO "LNU", a.k.a. "Bejuco",
[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
[53] JONATHAN SANTIAGO, a.k.a. "Titi West",
[54] JOHN DOE #5, a.k.a. "Saca Crippy",
[55] CISKOULA GARCIA, a.k.a. "Zorillo", "Zorri",
[56] JESUS M.TORRES-COSS, a.k.a. "Popo",
[57] JOHN DOE #6, a.k.a. "Murmu",
[58] FRANCIS GARCIA "LNU",
[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
[60] JOHN DOE #7, a.k.a. "Antiguo",
[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
[62] JOHN DOE #8, a.k.a. "Presis's Brother",
[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
[64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
[65] JOHN DOE #9, a.k.a. "Changuito",
[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
[67] RAMON SOTO-ALAMO, a.k.a. "Justi",
[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 20

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real property comprising a public or private school and/or the Torres de Sabana Public Housing Project, a housing facility owned by a public housing authority. All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT THREE
### Aiding and Abetting in the Possession/Distribution of Cocaine Base

Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within the jurisdiction of this Court,

[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",
[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",
[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",
[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",
[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",
[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",
[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",
[8] JIMMY ORTIZ-ORTIZ,
[9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",
[10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",
[11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",
[12] JOHN DOE #2, a.k.a. "Chango",
[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
[14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",
[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",
[16] ANGEL "LNU", a.k.a. "El Flaco"
[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",
[18] RICHARD MORALES-CRUZ, a.k.a. "Muni",
[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
[20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",
[21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",
[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",
[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",
[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"

Case 3:10-cr-00175-PG   Document 2841   Filed 04/24/2043   Page 43 of 68
Case 3:10-cr-00175-PG   Document 2841   Filed 04/24/2043   Page 43 of 68
Case 3:10-cr-00175-PG   Document 3   Filed 05/05/10   Page 21 of 34

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 21

[25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",
[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",
[29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
[30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
[31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
[32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",
[34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",
[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
[37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
[38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
[39] JOHN DOE#3, a.k.a. "Pichie",
[40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
[45] JOHN DOE#4, a.k.a. "Chupi",
[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
[47] JONATHAN BUSTER-TORRES,
[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
[50] XAVIER "LNU", a.k.a. "Barbie",
[51] FRANCISCO "LNU", a.k.a. "Bejuco",
[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
[53] JONATHAN SANTIAGO, a.k.a. "Titi West",
[54] JOHN DOE #5, a.k.a. "Saca Crippy",
[55] CISKOULA GARCIA, a.k.a. "Zorillo", "Zorri",
[56] JESUS M.TORRES-COSS, a.k.a. "Popo",
[57] JOHN DOE #6, a.k.a. "Murmu",
[58] FRANCIS GARCIA "LNU",
[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
[60] JOHN DOE #7, a.k.a. "Antiguo",
[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
[62] JOHN DOE #8, a.k.a. "Presis's Brother",
[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
[64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
[65] JOHN DOE #9, a.k.a. "Changuito",
[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
[67] RAMON SOTO-ALAMO, a.k.a. "Justi",
[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page22

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent

to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine

base (Crack), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the

real property comprising a public or private school and/or the Torres de Sabana Public Housing Project, a

housing facility owned by a public housing authority. All in violation of Title 21, United States Code, §§

841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT FOUR
### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and

until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within

the jurisdiction of this Court,

[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",
[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",
[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",
[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",
[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",
[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",
[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",
[8] JIMMY ORTIZ-ORTIZ,
[9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",
[10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",
[11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",
[12] JOHN DOE #2, a.k.a. "Chango",
[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
[14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",
[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",
[16] ANGEL "LNU", a.k.a. "El Flaco"
[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",
[18] RICHARD MORALES-CRUZ, a.k.a. "Muni",
[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
[20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",
[21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",
[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",
[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",
[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"
[25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 23

[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",
[29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
[30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
[31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
[32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",
[34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",
[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
[37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
[38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
[39] JOHN DOE#3, a.k.a. "Pichie",
[40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
[45] JOHN DOE#4, a.k.a. "Chupi",
[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
[47] JONATHAN BUSTER-TORRES,
[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
[50] XAVIER "LNU", a.k.a. "Barbie",
[51] FRANCISCO "LNU", a.k.a. "Bejuco",
[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
[53] JONATHAN SANTIAGO, a.k.a. "Titi West",
[54] JOHN DOE #5, a.k.a. "Saca Crippy",
[55] CISKOULA GARCIA, a.k.a. "Zorillo", "Zorri",
[56] JESUS M.TORRES-COSS, a.k.a. "Popo",
[57] JOHN DOE #6, a.k.a. "Murmu",
[58] FRANCIS GARCIA "LNU",
[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
[60] JOHN DOE #7, a.k.a. "Antiguo",
[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
[62] JOHN DOE #8, a.k.a. "Presis's Brother",
[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
[64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
[65] JOHN DOE #9, a.k.a. "Changuito",
[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
[67] RAMON SOTO-ALAMO, a.k.a. "Justi",
[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent

to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page24

property comprising a public or private school and/or the Torres de Sabana Public Housing Project, a

housing facility owned by a public housing authority. All in violation of Title 21, United States Code, §§

841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT FIVE

### Aiding and Abetting in the Distribution of Marijuana

Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and

until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within

the jurisdiction of this Court,

[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",
[2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",
[3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",
[4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",
[5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",
[6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",
[7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",
[8] JIMMY ORTIZ-ORTIZ,
[9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",
[10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",
[11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",
[12] JOHN DOE #2, a.k.a. "Chango",
[13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
[14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",
[15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",
[16] ANGEL "LNU", a.k.a. "El Flaco"
[17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",
[18] RICHARD MORALES-CRUZ, a.k.a. "Muni",
[19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
[20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",
[21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",
[22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",
[23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",
[24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"
[25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
[26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
[27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",
[28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafi Bear",
[29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
[30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
[31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
[32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
[33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page25

[34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",
[35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
[36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
[37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
[38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
[39] JOHN DOE#3, a.k.a. "Pichie",
[40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
[41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
[42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
[43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
[44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
[45] JOHN DOE#4, a.k.a. "Chupi",
[46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
[47] JONATHAN BUSTER-TORRES,
[48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
[49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
[50] XAVIER "LNU", a.k.a. "Barbie",
[51] FRANCISCO "LNU", a.k.a. "Bejuco",
[52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
[53] JONATHAN SANTIAGO, a.k.a. "Titi West",
[54] JOHN DOE #5, a.k.a. "Saca Crippy",
[55] CISKOULA GARCIA, a.k.a. "Zorillo", "Zorri",
[56] JESUS M.TORRES-COSS, a.k.a. "Popo",
[57] JOHN DOE #6, a.k.a. "Murmu",
[58] FRANCIS GARCIA "LNU",
[59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
[60] JOHN DOE #7, a.k.a. "Antiguo",
[61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
[62] JOHN DOE #8, a.k.a. "Presis's Brother",
[63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
[64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
[65] JOHN DOE #9, a.k.a. "Changuito",
[66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
[67] RAMON SOTO-ALAMO, a.k.a. "Justi",
[68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
[69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
[70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one thousand (1000) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real property comprising a public or private school and/or the Torres de Sabana Public Housing Project, a housing facility owned by a public housing authority.  All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page26

## COUNT SIX

**Conspiracy to Possess Firearms During and in Relation to Narcotics Trafficking Offenses**

Beginning on a date unknown, but no later than in or about the year 2002, and continuing up to and

until the return of the instant Indictment, in the Municipality of Carolina, District of Puerto Rico and within

the jurisdiction of this Court,

> [1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza",
> [2] ANIBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos",
> [3] JOSE GONZALEZ-GARCIA a.k.a "Fafi",
> [4] JOSUE AVILES-PEREZ, a.k.a. "El Gordo",
> [5] JOSE G. MORENO-JIMENEZ, a.k.a. "Willy Moreno",
> [6] JEAN C. PIZARRO-MORALES, a.k.a. "Jean Ca", "Puffy",
> [7] JOHN DOE #1, a.k.a. "Jason", "Arrabal",
> [8] JIMMY ORTIZ-ORTIZ,
> [9] EUGENIO GARCIA-PELLOT, a.k.a. "Crunchy", "Geño",
> [10] EMANUEL ARCE-GONZALEZ, a.k.a. "Conan",
> [11] CARLOS PIZARRO-MORALES, a.k.a. "Bondy",
> [12] JOHN DOE #2, a.k.a. "Chango",
> [13] VICTOR ROMAN-RIVERA, a.k.a. "Tito G",
> [14] WILFREDO DIAZ-DE JESUS, a.k.a. "Wika", "Yankee",
> [15] DIEGO SILVA-SANTOS, a.k.a. "Dieguito", "Diamond",
> [16] ANGEL "LNU", a.k.a. "El Flaco"
> [17] MIGUEL SERRANO-MATTA, a.k.a. "Tori", "Estropiao",
> [18] RICHARD MORALES-CRUZ, a.k.a. "Muni",
> [19] RAUL OLIVERA-LANDRAU, a.k.a. "Pupe",
> [20] PABLO BELTRAN-RODRIGUEZ, a.k.a. "Mejicano",
> [21] ELIEZER FIGUEROA-FARGAS, a.k.a."Eli", "Fifty Cent","Pepa", Negrura",
> [22] SAUL HERNANDEZ-COSS, a.k.a. "Tachu", "Tachuela", "Huesos",
> [23] JUAN SERRANO-CHAPMAN, a.k.a. "Tony Presidio", "Presi",
> [24] CARLOS PEREZ-CIRINO, a.k.a. "Charlie Drex"
> [25] JULIO CRUZ-GARCIA, a.k.a. "Julito", "Casper",
> [26] LUIS D. MUÑOZ-FLORES, a.k.a. "Jadiel", "Tio",
> [27] OMAR D. NAVARRO-HERNANDEZ, a.k.a. "El Flow", "Boqui",
> [28] RAFAEL PIZARRO-GARCIA, a.k.a. "Rafi", "Rafl Bear",
> [29] CARLOS FIGUEROA-PIZARRO, a.k.a. "Carlitos", "Papu",
> [30] ANTHONY MUÑOZ-FLORES, a.k.a. "Paparazzi",
> [31] ROBERTO SANTANA-RIVERA, a.k.a. "Impostor",
> [32] JESUS F. DE JESUS RIVERA, a.k.a. "Chino",
> [33] LUIS D. SANTIAGO-PIZARRO, a.k.a. "Cherrybum", "Cherry Bomb",
> [34] RAFAEL J. FLORES QUIÑONES, a.k.a. "Popeye",
> [35] MIGUEL HERNANDEZ-MERCEDES, a.k.a. "Guelo", "Oscar",
> [36] RUBEN RODRIGUEZ-ADORNO, a.k.a. "Eja", "Nene", ".38", "Full",
> [37] EDGARDO VEGA CANALES, a.k.a. "Blim Blim",
> [38] MIGUEL CASTRO-MURIEL, a.k.a. "Pancho",
> [39] JOHN DOE#3, a.k.a. "Pichie",

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 27

    [40] JANNY LOPEZ-CALO, a.k.a. "Pelucho",
    [41] VINCE MELENDEZ-"LNU", a.k.a. "Mingo",
    [42] VICTOR CABRERA-PASTRANA, a.k.a. "Vitin Trampa",
    [43] WILFRED ORTIZ-MELECIO, a.k.a. "Falla Guira",
    [44] EMILIO CORRETJER-RODRIGUEZ, a.k.a. "Millo",
    [45] JOHN DOE#4, a.k.a. "Chupi",
    [46] ERICK LOPEZ-CALO, a.k.a. "Capacete",
    [47] JONATHAN BUSTER-TORRES,
    [48] LUIS DIAZ-CRUZ, a.k.a. "Almeja",
    [49] EMANUEL FORTI-LOPEZ, a.k.a. "Manuel",
    [50] XAVIER "LNU", a.k.a. "Barbie",
    [51] FRANCISCO "LNU", a.k.a. "Bejuco",
    [52] RICHARD CESAREO-GONZALEZ, a.k.a. "Bubu",
    [53] JONATHAN SANTIAGO, a.k.a. "Titi West",
    [54] JOHN DOE #5, a.k.a. "Saca Crippy",
    [55] CISKOULA GARCIA, a.k.a. "Zorrillo", "Zorri",
    [56] JESUS M.TORRES-COSS, a.k.a. "Popo",
    [57] JOHN DOE #6, a.k.a. "Murmu",
    [58] FRANCIS GARCIA "LNU",
    [59] RAUL HERNANDEZ-COSS, a.k.a. "Baby",
    [60] JOHN DOE #7, a.k.a. "Antiguo",
    [61] JONATHAN RODRIGUEZ-SANTOS, a.k.a. "Bizcocho",
    [62] JOHN DOE #8, a.k.a. "Presis's Brother",
    [63] FREDDIE VILLEGAS-CIRINO, a.k.a. "Bebe Flow", "El Flow",
    [64] DENNYS NAVARRO-MORALES, a.k.a. "Gemelo",
    [65] JOHN DOE #9, a.k.a. "Changuito",
    [66] VICTOR LOPEZ-ORTIZ, a.k.a. "Luz Clarita", "Gandul",
    [67] RAMON SOTO-ALAMO, a.k.a. "Justi",
    [68] MARIANO BERMUDEZ-MAYSONET, a.k.a. "Ralph",
    [69] HOMMY PEREZ-CIRINO, a.k.a. "Homito",
    [70] ANGEL HUERTAS-TORRES, a.k.a. "Tego",

the defendants herein, did knowingly and intentionally conspire, combine, and agree with each other and diverse

other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to

possess firearms and ammunition during and in relation to a drug trafficking crime as charged in Counts One

through Five of this Indictment, which offenses may be prosecuted in a Court of the United States, in violation

of Title 18, United States Code, Section 924(c)(1)(A); all in violation of Title 18, United States Code, Section

924(o).

## NARCOTICS FORFEITURE ALLEGATION

1.    The allegations contained in Counts One through Six of this Indictment are hereby re-

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page28

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2) and 853.

2.      Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Six of this Indictment, each defendant so convicted shall forfeit to the United States, pursuant to Title 21, <u>United States Code,</u> Sections  841, 846, 960 , 963 and  853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

**A. Money Judgement**

A sum of money of at least SIXTY FIVE MILLION DOLLARS ($65,000,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Count One, that is, Title 21, <u>United States Code</u>, Section 846, for which any so convicted defendants are jointly and severally liable.

3.      Pursuant to Title 21, <u>United States Code</u>, Section 853(p), as incorporated by Title18, <u>United States Code</u>, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph two (2), if, by any act or omission of the defendant, the property described in paragraph two (2), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, including but not limited to:

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page29

## PROPERTY AS TO DEFENDANT:

**[1] HAROLD FIGUEROA-SANCHEZ, a.k.a. "Casco", "Gordo", "Cabeza";**

    a.    One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments

and easements, located at Barrio Ciénega Baja, Rio Grande, Puerto Rico, more particularly described as:

URBANA: Solar número 3 del bloque "E" (E-3) de la Urbanización Pedregales radicado en el Barrio Ciénega Baja del término municipal de Río Grande, Puerto Rico, con una cabida de 348.410 metros cuadrados, equivalentes aproximadamente 0.0887 cuerda. Colinda por el NORTE, en una distancia de 24.00 metros, con el solar No. 4 del bloque E, (E-4); por el SUR, en una distancia de 23.982 metros, con el solar No. 2 del bloque E, (E-2); por el ESTE, en una distancia de 14.064 metros, con la Calle No. 38; y por el OESTE, en dos distancias de 13.931 metros y otra de 1.021 metros con los solares Nos. 10 y 11 del bloque E, (E-10 y E-11). Enclava una casa.

FINCA #25,297, inscrita al folio 71 del tomo 493 de Río Grande. (Registro de la Propiedad, Sección Tercera de Carolina, Puerto Rico).

REGISTERED OWNER: ANA E. REYES-CAPPOBIANCO



Case 3:10-cr-00175-PG   Document 3841   Filed 04/24/20   Page 52 of 68
Case 3:20-cr-00324-ES   Document 2   Filed 04/24/20   Page 52 of 68   PageID: 53

Case 3:10-cr-00175-PG   Document 3   Filed 05/05/10   Page 30 of 34

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page30

    b.    One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Barrio Canovanillas, Carolina, Puerto Rico, more particularly described as:

URBANA: Solar 7 de la manzana "H" en la Urbanización Residencial Parque Ecuestre , (Valle Carolina), en el Barrio Canovanillas, de Carolina, compuesto de 352.44 metros cuadrados.  En lindes por el NORTE, con la Calle 5, distancia de 14.57 metros; por el SUR, con los solares 20 y 21, distancia de 13.53 metros; por el ESTE, con el solar 8, distancia de 25.50 metros; y por el OESTE, con el solar 6, distancia de 24.65 metros.  Contiene una casa de concreto para una familia.

FINCA #34,292, inscrita al folio 73 del tomo 1350 de Carolina.  (Registro de la Propiedad, Sección Segunda de Carolina, Puerto Rico).

REGISTERED OWNER: ANA ESTHER REYES CAPPOBIANCO



United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 31

    c.      One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments

and easements, located at Barrio Sabana Abajo, Carolina, Puerto Rico, more particularly described as:

> URBANA: Solar radicado en la Urbanización Sabana Gardens, situado en el Barrio Sabana Abajo de
> Carolina, que se describe con el No. 21, de la manzana 23, con un área de 701.23 metros cuadrados, en
> lindes por el NORTE, con paseo público, distancia de 27.558 metros; por el SUR, con la Calle Limarin,
> y un arco de 10.645 metros y el solar No. 20, en distancia de 31.241 metros; por el ESTE, con el solar
> No. 22, en distancia de 25.427 metros; y por el OESTE, con paseo público, en distancia de 13.191
> metros.  Contiene una casa de concreto para fines residenciales.

FINCA #8,207 (antes 14,614), inscrita al folio 126 del tomo 2193 de Carolina.  (Registro de la Propiedad,
Sección Primera de Carolina, Puerto Rico).


REGISTERED OWNER: LUIS MARIN-TORRES.



United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page32

## PROPERTY AS TO DEFENDANT:

## [2] ANÍBAL ESCOBAR-SANCHEZ, a.k.a. "NBA", "Siete Pisos";

    d.    One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments

and easements, located at Barrio Camarones, Canóvanas, Puerto Rico, more particularly described as:

URBANA: Parcela identificada en el plano de inscripción como el solar No. 7 del bloque "E" de la Urbanización Estancias del Río, localizada en el Barrio Canóvanas del Municipio de Canóvanas, con una cabida superficial de 367.8888 metros cuadrados. En lindes por el NORTE, con la Calle "H"; por el SUR, con "Green Area" y "Retention Pond"' por el ESTE, con el solar 6 del bloque "E"; por el OESTE, con el solar 8 del bloque "E". Enclava una residencia de concreto de una planta. Este solar está afectado por una servidumbre de paso de 5 pies de ancho a favor de La Puerto Rico Telephone Company, que discurre a todo lo largo de su colindancia NORTE, en adelante denominada la "propiedad segregada'.

TRACTO REGISTRAL: Se segrega de la finca No. 12,659, inscrita al folio móvil del tomo 351 de Canóvanas.

REGISTERED OWNER: Presentada y pendiente de inscripción a favor de LUZ MARIA GARCIA-RAMOS.



Case 3:10-cr-00175-PG Document 3841 Filed 04/24/20 Page 55 of 68 PageID: 56
Case 2:20-cr-00324-ES Document 2 Filed 04/2/720 Page 55 of 68 PageID: 56
Case 3:10-cr-00175-PG   Document 3   Filed 05/05/10   Page 33 of 34

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 33

## PROPERTY AS TO DEFENDANT:

## [3] JOSE GONZALEZ-GARCIA a.k.a "Fafi";

e.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments

and easements, located at Barrio Canóvanas, Canóvanas, Puerto Rico, more particularly described as:

URBANA: Parcela identificada en el plano de inscripción como el solar No. 7 del bloque "H" de la Urbanización Estancias del Río, localizada en el Barrio Canóvanas del Municipio de Canóvanas, con una cabida superficial de 798.3058 metros cuadrados. En lindes por el NORTE, con el solar No. 9 del bloque "G" y con la Calle "G"; por el SUR, con el solar No. 6 del bloque "H"; por el ESTE, con solar No. 8 del bloque "H"; y por el OESTE, con el Río Canóvanas. Enclava en dicho solar una residencia de concreto de una planta. Este solar está afectado por una servidumbre de paso de 5' pies de ancho a favor de la Puerto Rico Telephone Company, que discurre a todo lo largo de su colindancia Norte. Enclava una casa.

TRACTO REGISTRAL: Se segrega de la finca No. 12,659, inscrita al folio móvil del tomo 351 de Canóvanas.

REGSITERED OWNER: Presentada y pendiente de inscripción a favor de MANUEL BIENVENIDO SANTANA CABREJAS y su esposa JACKELINE VALVERDE RODRIGUEZ.



United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 34

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules

of Criminal Procedure.

TRUE BILL

FOREPERSON
Date: _May 5, 2010_

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

**José Ruiz-Santiago**
Assistant United States Attorney
Chief Criminal Division

**José Capó-Iriarte**
Assistant United States Attorney

**Warren Vazquez**
Assistant United States Attorney
Chief Violent Crimes

**Alberto R. López-Rocafort**
Special Assistant United States Attorney

56

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### JUDICIAL DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | |
| ANGEL HUERTAS-TORRES | ) | Case Number: 10 CR 00175-70 (PG) |
| | ) | USM Number: 35098-069 |
| aka: "Tego" | ) | |
| | ) | José R. GAZTAMBIDE-AÑESES |
| | | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    One (1) on 9/23/2010

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1), 846 and 860 | Conspiracy to possess with the intent to distribute at least 500 grams but less than 2 kilograms of cocaine. | 6/5/2010 | One |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   remaining    ☐ is   ☑ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 28, 2012
Date of Imposition of Judgment

S/   Juan M. Perez-Gimenez
Signature of Judge

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file.
**MARÍA ANTONGIORGI-JORDÁN, ESQ.**
U.S. District Court for the District of Puerto Rico
By: _Maricarlo Luriello Vega_
Deputy Clerk
Date: _April 24, 2020_

Juan M. Perez-Gimenez      Senior, U.S. District Judge
Name and Title of Judge

September 28, 2012
Date

AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

|  | Judgment — Page | 2 | of | 5 |
|---|---|---|---|---|

DEFENDANT:  ANGEL HUERTAS-TORRES
CASE NUMBER:  10 CR 00175-70 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

### TIME SERVED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

| | Judgment—Page 3 of 5 |
|---|---|

DEFENDANT: ANGEL HUERTAS-TORRES
CASE NUMBER: 10 CR 00175-70 (PG)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**Eight (8) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
       Sheet 3A — Supervised Release

DEFENDANT:   ANGEL HUERTAS-TORRES
CASE NUMBER:  10 CR 00175-70 (PG)

Judgment—Page   4   of   5

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release, and thereafter submit to random drug testing, no less than three (3) samples during the supervision period and not to exceed 104 samples per year under the coordination of the U. S. Probation Officer. If any such samples detect substance abuse, the defendant shall participate in an in-patient or out-patient substance abuse treatment program, for evaluation and/or treatment, as arranged by the U. S. Probation Officer until duly discharged. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the U. S. Probation Officer based on the ability to pay or availability of third party payments, as approved by the court.

The defendant shall participate in a vocational training and/or job placement program recommended by the U.S. Probation Officer.

The defendant shall provide the US Probation Officer access to any financial information upon request.

The defendant shall submit his person, property, house, residence, office, vehicle, papers, computers as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media to a to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

The defendant shall cooperate in the collection of a DNA sample as directed by the U. S. Probation Officer, pursuant to the Revised DNA Collection Requirements, and Title 18, U.S.C. Section 3563(a)(9).

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

|  | Judgment — Page | 5 | of | 5 |

DEFENDANT: ANGEL HUERTAS-TORRES
CASE NUMBER: 10 CR 00175-70 (PG)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Puerto Rico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Angel Huertas-Torres (70) | |

Case No. 3:10-cr-00175-PG

USM No. 35098-069

AFPD Eleonora Marranzini
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   See below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| <u>Violation Number</u> | <u>Nature of Violation</u> | <u>Violation Ended</u> |
|---|---|---|
| MANDATORY CONDITION | THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME | 04/11/2018 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

08/22/2019
_____
Date of Imposition of Judgment

S/ Juan M. Pérez Giménezz
_____
Signature of Judge

Juan M. Pérez Giménez, U.S. Senior District Judge
_____
Name and Title of Judge

08/22/2019
_____
Date

Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file.
MARÍA ANTONGIORGI-JORDÁN, ESQ.
U.S. District Court for the
District of Puerto Rico
By: Graycaelo Unviella Vega
Deputy Clerk
Date: April 24, 2020

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___2___ of ___5___

DEFENDANT: Angel Huertas-Torres (70)
CASE NUMBER: 3:10-cr-00175-PG

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twelve (12) months and one (1) day.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT: Angel Huertas-Torres (70)
CASE NUMBER: 3:10-cr-00175-PG

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

 3 years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 5 |
|---|---|---|---|---|

DEFENDANT: Angel Huertas-Torres (70)
CASE NUMBER: 3:10-cr-00175-PG

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 3C— Supervised Release

|  |  | Judgment—Page | 5 | of | 5 |

DEFENDANT: Angel Huertas-Torres (70)
CASE NUMBER: 3:10-cr-00175-PG

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1. He shall participate in an approved substance abuse monitoring and/or treatment services program. The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within 15 days of release; thereafter, submit to random drug testing, no less than 3 samples during the supervision period and not to exceed 104 samples per year accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider. The releasee is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the Probation Officer based on the ability to pay or availability of third party payment.

2. He shall provide the U.S. Probation Officer access to any financial information upon request and shall produce evidence to the U.S. Probation Officer to the effect that income tax returns have been duly filed with the Commonwealth of Puerto Rico Department of Treasury as required by law.

3. He shall submit to a search of his person, house, residence, vehicles, papers, computer, other electronic communication or date storage devices or media, and effects (as defined in Title 18, U.S.C., Section 1030(e)(1)), to search at any time, without a warrant, by the probation officer, and if necessary, with the assistance of any other law enforcement officer (in the lawful discharge of the supervision functions of the probation officer) with the reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. The probation officer may seize any electronic device which will be subject to further forensic investigation/analyses. Failure to submit to such a search and seizure, may be grounds for revocation. The releasee shall warn any other residents or occupants that their premises may be subject to a search pursuant to this condition. In consideration of the Supreme Court's ruling in Riley v. California, the Court will order that any search of the releasee's phone by probation, while the releasee is on supervised release, be performed only if there is reasonable articulable suspicion that a specific phone owned or used by the releasee contains evidence of a crime or violation of release conditions, was used in furtherance of a crime, or was specifically used during the actual commission of a crime.

4. He shall refrain from the use of alcohol and shall not purchase, frequent, visit, or stay in places, where alcohol is distributed unless authorized by the U.S. Probation Officer and shall submit to alcohol testing as required.

| Ooy esePROB. 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>3:10-CR-00175-70 (PG) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br><br>Cr. 20-324 (ES) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Angel Huertas-Torres<br>New Jersey | DISTRICT:<br>Puerto Rico | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Hon. Juan Perez-Gimenez | |
| | DATES OF PROBATION / **SUPERVISED RELEASE** | FROM<br>03/05/2020 | TO<br>03/04/2023 |

| OFFENSE<br>Title 21 USC § 841(a)(1), 846 and 860 |
|---|

| **PART 1 - ORDER TRANSFERRING JURISDICTION** |
|---|

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of New Jersey</u> upon that Court order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| <u>April 7, 2020</u><br>Date | S/ JUAN M. PEREZ-GIMENEZ<br>United States District Judge |
|---|---|

| *This sentence may be deleted in the discretion of the transferring Court. |
|---|

| **PART 2 - ORDER ACCEPTING JURISDICTION** |
|---|

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| <u>4/16/2020</u><br>Effective Date | Hon. Esther Salas<br>United States District Judge |
|---|---|

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file.
**MARÍA ANTONGIORGI-JORDÁN, ESQ.**
U.S. District Court for the
District of Puerto Rico
By: Giancarlo Carvello Vega
Date: April 24, 2020
Deputy Clerk